**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In Re: Boston Scientific Corporation Spinal Cord Stimulator Products Liability Litigation<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 2:26-ml-03181-JLS-E<br><br>**PRETRIAL ORDER NO. 2: ORDER APPOINTING PLAINTIFFS' LEADERSHIP COUNSEL** |

In Pretrial Order No. 1 (Doc. 2), the Court invited Plaintiffs' counsel to apply for positions for Plaintiffs' leadership in this MDL as well as a suggested structure. The Court, having considered the applications of counsel seeking to serve in leadership positions and the recommendations for the proposed structure of the Plaintiffs' leadership committees, hereby appoints the following counsel to the leadership of this litigation, with the roles and duties and set forth below:

## I. CO-LEAD COUNSEL

The Court appoints the following attorneys as Co-Lead Counsel:

Behram V. Parekh
Wisner Baum
11111 Santa Monica Blvd, Suite 1750
Los Angeles, CA 90025
(310) 207-3233
bparekh@wisnerbaum.com

Adam Evans
Carlson Law Firm
100 E. Central Texas Expy
Killeen, TX 76541
(800) 359-5690
aevans@carlsonattorneys.com

Carasusana Wall
Bullock Legal Group
One Seagate, 550 N Summit St, Ste. 710
Toledo, OH 43604
(833) 853-4258
cara@bullocklegalgroup.com

Co-Lead Counsel shall be responsible for the overall coordination and management of Plaintiffs' pretrial activities, including:

a. Chairing meetings of the PEC and PSC;

b. Formulating and presenting Plaintiffs' positions on substantive and procedural issues;

c. Presenting written and oral arguments to the Court;

d. Developing and implementing a litigation plan with opposing counsel;

e. Initiating and organizing discovery;

f. Conducting principal depositions;

g. Delegating tasks and forming committees for efficient pretrial preparation;

h. Monitoring co-counsel activities and expenditures;

i. Retaining vendors, consultants, and experts;

j. Managing common issue and bellwether discovery and trials;

k. Ensuring compliance with Court orders, Fed. R. Civ. P. 26, and all deadlines;

l. Conducting settlement negotiations; and

m. Performing any other tasks as directed by the Court.

## II. PLAINTIFFS' LIAISON COUNSEL

The Court appoints the following attorney to serve as Plaintiffs' Liaison Counsel:

Ashleigh Raso
Nigh Goldenberg Raso & Vaughn
60th S. 6th St., Floor 28
Minneapolis, MN 55402
(612) 656-8002
araso@nighgoldenberg.com

Liaison Counsel shall be responsible for organizing and coordinating with counsel in this MDL, and related litigation, including:

a. Maintaining a comprehensive contact list of all plaintiffs' attorneys;

b. Coordinating time and disbursement records and providing status reports to Co-Lead Counsel;

c. Serving as the primary point of contact between plaintiffs' counsel and Co-Lead Counsel/PEC;

d. Coordinating with counsel in related state court proceedings and updating the Court on their status;

e. Attending case management conferences and updating nonattending counsel;

f. Keeping pro se litigants apprised of litigation progress;

g. Ensuring timely distribution of Court orders and Defendants' filings to all plaintiffs' attorneys;

h. Distributing correspondence and pleadings not filed through CM/ECF; and

i. Performing any other tasks necessary to fulfill Liaison Counsel's responsibilities.

## III. PLAINTIFFS' EXECUTIVE COMMITTEE ("PEC")

The Court appoints the following attorneys as members on the PEC:

Ashleigh Raso
Nigh Goldenberg Raso & Vaughn
60th S. 6th St., Floor 28
Minneapolis, MN 55402
(612) 656-8002
Araso@nighgoldenberg.com

Moze Cowper
Cowper Law
12301 Wilshire Blvd., Suite 303
Los Angeles, CA 90025
(877) 529-3707
mcowper@cowperlaw.cow

Richard Hood
The Wilhite Law Firm
1600 N. Ogden Street
Denver, CO 80218
(303) 839-1650 Ext. 1131
rhood@wilhitelawfirm.com

Trevor B. Rockstad
Davis & Crump, P.C.
2601 14th Street
Gulfport MS 39501
(800) 277-0300
trevor.rockstad@daviscrump.com

Plaintiffs' Executive Committee shall support Co-Lead Counsel in the duties as outlined above and support overall coordination and management of Plaintiffs' pretrial activities, including:

a. Working with the PSC and the LDC to assign work and support projects;

b. Chairing and participating in committees as established by Co-Lead Counsel; and

c. Performing any other task deemed necessary and proper for the Executive Committee to accomplish its responsibilities.

## IV. PLAINTIFFS' STEERING COMMITTEE ("PSC")

The Court appoints the following attorneys as members on the PSC:

Alyson Oliver
Oliver Bell Group
50 W. Big Beaver Rd., Suite 200
Troy, Michigan 48084
(248) 327-6556
aoliver@oliverlawgroup.com

Amber Pang Parra
Justinian & Associates PLLC
7042 Alamo Downs Pkwy, Suite 370
San Antonio, TX 78238
(855) 452-5529
ampp@justinian.com

Dena Young
Spotlight Justice
200 Barr-Harbor Drive, Suite 400
Conshohocken, PA 19428
(267) 540-9604
Dena@spotlightjustice.com

Holly Nighbert
Schlichter Bogard LLC
100 S. 4th St., Ste. 1200
St. Louis, MO 63102
(314) 884-7724
hnighbert@uselaws.com

Ron Austin
Ron Austin Law
400 Manhattan Blvd.
Harvey, LA. 70058
(504) 227-8100
raustin@ronaustinlaw.com

William Anderson
Dickey Anderson
1104 Moorlands Dr.
St. Louis, MO 63117
(866) 929-4466
william@dickeyanderson.com

Plaintiff Steering Committee shall support the Co-Leads and PEC in the duties as outlined above and support overall coordination and management of Plaintiffs' pretrial activities, including:

a. Participating in work to advance the litigation, assigned and performed under the direction of the Co-Leads / PEC;

b. Participating in committees established by Co-Lead Counsel; and

c. Performing any other task deemed necessary and proper for the Steering Committee to accomplish its responsibilities.

## V. LEADERSHIP DEVELOPMENT COMMITTEE ("LDC")

The Court appoints the following attorneys as members on the LDC:

Ameena Alauddin
Bullock Legal Group
One Seagate, 550 N Summit St, Ste. 710
Toledo, OH 43604
(833) 853-4258, Ext. 130
Ameena@bullocklegalgroup.com

Elijah Biedinger
Carlson Law Firm
100 E. Central Texas Expy
Killeen, TX 76541
(254) 526-5688
ebiedinger@carlsonattorneys.com

Hannah Quicksell
Wisner Baum LLP
11111 Santa Monica Blvd, Suite 1750
Los Angeles, CA 90025
(310) 207-3233
hquicksell@wisnerbaum.com

Mayna Thor
Nigh Goldenberg Raso & Vaughn
60th S. 6th St., Floor 28
Minneapolis, MN 55402
(612) 446-5665
mthor@nighgoldenberg.com

Alanna Austin
Ron Austin Law
400 Manhattan Blvd
Harvey, LA 70058
(504) 227-8100
aaustin@ronaustinlaw.com

The Leadership Development Committee shall support the co-leads, PEC, and PSC in the duties as outlined above and support overall coordination and management of Plaintiffs' pretrial activities, including:

a. Timely completing projects assigned by Co-Leads, PEC, and PSC;

b. Learning leadership roles and responsibilities under the mentorship of the Co-Leads/PEC; and

c. Participating in presentations to the Court and at conferences as directed by Co-Lead Counsel and the PEC.

Members of the LDC shall follow the time reporting guidelines set forth in the common benefit order (to be entered) and shall not be allowed to submit time

for activities that are solely for purposes of mentorship or shadowing of other counsel.

## VI. ADDITIONAL LEADERSHIP

Should circumstances change and the need for additional counsel arise, upon the recommendation of Co-Lead Counsel, the Court may appoint additional counsel to the Committees set forth herein. The Court may remove counsel from any position, or require re-application of counsel, if it finds good cause to do so. The appointments above are personal to the counsel appointed, and not their respective law firms.

DATED: AUGUST 13, 2026

JOSEPHINE L. STATON

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE