UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 2:26-ml-03181-JLS-PD Date: September 11, 2026
Title: In Re Boston Scientific Corporation Spinal Cord Stimulator Products Liability Litigation

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| Daniel Torrez | N/A |
| Deputy Clerk | Court Reporter |

| | |
|---|---|
| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
| Not Present | Not Present |

**PROCEEDINGS: (IN CHAMBERS) ORDER RE JOINT SUBMISSION REGARDING APA CLAIMS AGAINST THE U.S. FOOD AND DRUG ADMINISTRATION (Doc. 64)**

The Court has reviewed the parties' joint submission regarding APA claims against the U.S. Food and Drug Administration (Doc. 64), and intends to adopt the proposal set forth by Boston Scientific Corporation and Plaintiffs. Within **seven (7) days** of this Order, the parties shall file a proposed order that reflects Boston Scientific Corporation and Plaintiffs' proposal, and lodge a Word document version of the same with the Court. The proposed order shall include proposed dates for filing the consolidated complaint against the FDA, filing any motion to dismiss the consolidated complaint, and any other deadlines the parties believe to be relevant.

Initials of Deputy Clerk: DT