**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: BOSTON SCIENTIFIC CORPORATION SPINAL CORD STIMULATOR PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>ALL ACTIONS | Case No. 2:26-ml-03181-JLS-PD<br><br>**PRETRIAL ORDER NO. 5 RE: CONSOLIDATED APA CLAIM COMPLAINT** |

Having considered the Parties' Joint Submission Regarding APA Claims Against the U.S. Food and Drug Administration (Doc. 64) regarding the procedure for adjudicating the claims asserted against Defendant U.S. Food and Drug Administration ("FDA") under the Administrative Procedure Act ("APA"), the positions stated by the Parties at the August 5, 2026 status conference, and good cause appearing, IT IS HEREBY ORDERED:

1. **Applicability.** This Order governs all actions in this MDL, including actions transferred to this Court by the Judicial Panel on Multidistrict Litigation, any tag-along actions subsequently transferred, and any related action that has been or will be filed in or removed to this Court, and shall be deemed filed in each such action.

2. **Consolidated APA Complaint.** On or before October 23, 2026, Plaintiffs' Co-Lead Counsel shall file on the master docket a single consolidated complaint containing the claims asserted against FDA under the APA (the "Consolidated APA Complaint"). The Consolidated APA Complaint shall identify each current Plaintiff who has asserted and intends to continue pursuing an APA claim against FDA, and shall set forth the allegations and claims on which those Plaintiffs rely, including any Plaintiff-specific allegations necessary to support that Plaintiff's APA claim. The Consolidated APA Complaint shall not include any product-liability or other claim against Defendants Boston Scientific Corporation or Boston Scientific Neuromodulation Corporation (collectively, "BSC").

Any existing APA claim that is not incorporated into the Consolidated APA Complaint shall be deemed withdrawn, shall not remain operative in the member action in which it was pleaded, and shall be dismissed without prejudice.

3. **Operative and Superseding Effect.** Upon filing, the Consolidated APA Complaint shall supersede and replace the APA claims against FDA pleaded in the individual complaints of each Plaintiff identified in the Consolidated APA Complaint. Those APA claims shall thereafter be litigated exclusively through the Consolidated APA Complaint. The Consolidated APA Complaint shall not be merely an

administrative device; it shall constitute the legally operative pleading and the operative unit for purposes of motion practice, adjudication, entry of judgment, and appeal. No separate response to the superseded APA claims in any individual complaint shall be required.

4. **Separate Procedural Track.** The claims asserted in the Consolidated APA Complaint shall proceed on a separate procedural track from the product-liability claims against BSC. Any orders governing the claims against BSC shall have no applicability to the APA claims track, and any orders governing the APA claims shall have no applicability to the BSC claims unless otherwise ordered by the Court.

5. **BSC's Intervention.** BSC shall be treated as an intervenor-defendant with respect to all claims asserted in the Consolidated APA Complaint for purposes of filing a motion to dismiss and any related appeal, without the need to file separate motions to intervene in this MDL or in any member action. By agreement of the parties and/or with leave of Court, BSC may participate in other proceedings concerning the Consolidated APA Complaint, including but not limited to summary judgment, and this Order is without prejudice to any later such requests or determinations.

6. **Motion Practice.** FDA and BSC may each file a separate motion to dismiss the Consolidated APA Complaint. Any such motion shall be filed on or before November 20, 2026, and the motions shall be briefed on the same schedule:

a. Plaintiffs' oppositions: December 18, 2026;

b. Replies: January 15, 2027.

c. Upon filing the motions to dismiss, FDA and BSC shall set the hearing on the motions for an available date on the Court's calendar. The motions shall be heard promptly, but no earlier than February 5, 2027.

7. **Effect of Rulings.** All rulings concerning the Consolidated APA Complaint shall apply to and bind each Plaintiff identified in that complaint and all individual plaintiffs who later adopt the Consolidated APA Complaint against the

FDA by means of individual complaints directly filed or transferred to this Court or by the filing of short form complaints in this Court.

8. **Short-Form Complaints and Later-Added Plaintiffs.** The form of short-form complaints shall be addressed in the Parties' submission due September 25, 2026. The proposed Short-Form Complaints shall permit a Plaintiff to indicate whether that Plaintiff asserts an APA claim against the FDA, and to expressly adopt the Consolidated APA Complaint. Upon such adoption, that Plaintiff shall be treated as a Plaintiff in the Consolidated APA Complaint and shall be bound by all applicable rulings concerning that complaint.

Dated: September 23, 2026

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE