UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | MDL 26-03181-JLS-(Ex) | Date | October 7, 2026 |
| Title | In Re Boston Scientific Corporation Spinal Cord Stimulator Products Liability Litigation | | |

PRESENT: **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| Kelly Davis | Miranda Algorri |
| Courtroom Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:

Behram Parekh
Adam Evans
Carasusana Wall
Ashleigh Raso

ATTORNEYS PRESENT FOR DEFENDANT:

Terri Reiskin
Monee Hanna
Amy Laurendeau
Randall Christian
James Ryan, USDOJ (via Zoom)

**PROCEEDINGS: Status Conference (Held and Completed)**

The case is called and counsel state their appearance. Court and counsel confer as to all agenda items listed in the Joint Status Report [DE 71]. The Status Conference is held. The Court orders counsel to submit, within one week, a joint report with a proposed order, listing all deadlines and dates as ordered during the conference. Counsel shall recraft and resubmit the Plaintiffs' Proposed Common Benefit Order for the Court's review. The Court will issue an order setting the next Status Conference date, which will be held via Zoom, unless otherwise ordered.

1 : 20
Initials of Clerk: kd