UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 2:26-ml-03181-JLS-PD Date: October 09, 2026
Title: In Re Boston Scientific Corporation Spinal Cord Stimulator Products Liability Litigation

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Kelly Davis | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| Not Present | Not Present |

**PROCEEDINGS: (IN CHAMBERS) ORDER SETTING STATUS CONFERENCES**

The Court sets periodic status conferences on the following dates:

- Friday, November 6, 2026 at 9:00 a.m.
- Friday, December 4, 2026 at 9:00 a.m.
- Friday, February 5, 2027 at 9:00 a.m.
- Friday, March 5, 2027 at 9:00 a.m.
- Friday, April 9, 2027 at 9:00 a.m.

All status conferences will take place virtually on Zoom. The Zoom link for Judge Josephine L. Staton can be found at: https://apps.cacd.uscourts.gov/Jps/honorable-josephine-l-staton. Unless otherwise ordered, Co-Lead Counsel and Liaison Counsel for Plaintiffs, and Counsel for all Defendants, are expected to attend.

Initials of Deputy Clerk: kd