**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: BOSTON SCIENTIFIC CORPORATION SPINAL CORD STIMULATOR PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>ALL ACTIONS | Case No. 2:26-ml-03181-JLS-PD<br><br>**PRETRIAL ORDER NO. 6 SETTING DEADLINES FOLLOWING OCTOBER 7, 2026 STATUS CONFERENCE** |

In follow-up to the October 7, 2026 status conference in this MDL, the Court having considered the positions of the Parties and the discussion on the record at that status conference, the Court enters the following Pretrial Order regarding the deadlines and proposed orders in progress.

## I. DEADLINES AND DATES

The following deadlines and dates have been ordered by the Court:

| **Event** | **Deadline / Date** |
|---|---|
| Deadline for Plaintiffs' Lead Counsel to file the Consolidated Personal Injury Complaint | October 23, 2026 |
| Deadline to file the Consolidated APA Complaint (*see* Doc. 68) | October 23, 2026 |
| Deadline to file proposed order regarding form of the Short Form Complaint | October 30, 2026 |
| Deadline to submit a joint status and proposed agenda for the November 6, 2026 Status Conference | October 30, 2026 |
| Deadline to file a Motion to Dismiss the Consolidated APA Master Complaint and Consolidated Personal Injury Complaint | November 20, 2026 |

## II. MOTIONS TO DISMISS MULTI-MANUFACTURER CASES

The Court agrees that Defendants may proceed to file motions to dismiss the following four multi-manufacturer cases on statute of limitations grounds.

*Jarrett*, No. 2:26-cv-06833 (BSC and Abbott)

*Hansen*, No. 2:26-cv-04804 (BSC and Nevro/Globus)

*Goodpasture*, No. 2:26-cv-09410 (BSC and Nevro/Globus)

*Perez*, No. 2:26-cv-09826 (BSC and Nevro/Globus)

Plaintiffs' Lead Counsel and counsel for Defendants, BSC, Abbott Laboratories and Nevro Corporation/Globus Medical, Inc. are directed to meet and confer and submit a proposed briefing schedule for these motions to dismiss. The parties shall submit their proposed briefing schedule by **October 26, 2026**.

## III. COMMON BENEFIT ORDER

Consistent with the Court's Minute Order, Plaintiffs are directed to submit, by **November 2, 2026**, a revised Plaintiffs' Proposed Common Benefit Order for the Court's consideration.

## IV. FORMAL DESIGNATION OF PERSONAL INJURY AND APA TRACKS

As set forth in Pretrial Order No. 5 re: Consolidated APA Claim Complaint (Doc. 68), the claims asserted in the forthcoming Consolidated APA Complaint are proceeding on a separate procedural track from the personal injury claims against BSC. As requested by the parties, the Court hereby orders that from the date of this Order, all filings in the MDL shall designate the appropriate track by including in the caption whether the filing relates to the "APA Track" or the "Personal Injury Track."

**IT IS SO ORDERED**.

Dated: October 20, 2026

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE