Boston Scientific
Advancing science for life™

Language View profile Employee Login

Back to search results

Search by Keyword

Show More Options

Search Jobs

Select how often (in days) to receive an alert: 7 Create Alert

Apply now

# Clinical Specialist II, SCS - Charlotte, NC

**Work mode:** Field Based
**Territory:** United States
**Additional Location(s):** N/A
**Diversity - Innovation - Caring - Global Collaboration - Winning Spirit - High Performance**
At Boston Scientific, we'll give you the opportunity to harness all that's within you by working in teams of diverse and high-performing employees, tackling some of the most important health industry challenges. With access to the latest tools, information and training, we'll help you in advancing your skills and career. Here, you'll be supported in progressing – whatever your ambitions.

**About the role:**

At Boston Scientific, we're dedicated to improving the quality of life for millions of people living with chronic pain. Our Neuromodulation team delivers personalized pain solutions using innovative, evidence-based technologies that make a real difference for patients and physicians.

As a Clinical Specialist 2, you'll partner with healthcare professionals to support implant procedures, provide technical expertise, and ensure the best outcomes for patients. You'll join a passionate team that never stops advancing pain management through innovation, service, and care.

If you're driven to help others and want your work to truly matter, join us and help change liv



Your Responsibilities will include:

- Provide expert clinical support through programming, troubleshooting, and intraoperative guidance for spinal cord stimulation procedures.
- Deliver patient follow-up care, ensuring optimal therapy performance and long-term success.
- Partner with the sales team and healthcare professionals to drive therapy adoption and deliver exceptional clinical outcomes.
- Educate customers on the merits and proper clinical usage of company products by giving presentations and demonstrations using a wide variety of formats and platforms (e.g., slides, transparencies, manuals) to keep all customers abreast of the latest product, therapy, technological developments, and current items of interest in the industry.
- Lead educational initiatives for customers by presenting and demonstrating company products using diverse formats—including presentations, hands-on demonstrations, and digital platforms—to ensure healthcare professionals remain informed about the latest advancements in product technology, therapy options, and industry trends.
- Work closely with physicians, hospital staff, and other healthcare providers to deliver tailored education regarding the clinical benefits and best practices for utilizing company products and patient care.
- Engage clients through regular training sessions, workshops, and informational meetings to support optimal therapy outcomes and foster ongoing professional development.
- Serve as a resource for current and prospective customers, providing updates on innovations and evidence-based therapies to support informed decision-making in pain management.
- Actively participate in surgical cases within hospital and surgery center environments, providing hands-on support throughout procedures.
- Take an integral role in patient follow-up care by regularly monitoring therapy progress, addressing patient needs, and collaborating with healthcare teams to ensure optimal outcomes and satisfaction with company products.
- Leverage company resources to proactively identify potential patients and referral sources, providing education on neuromodulation and the benefits of pain management for chronic pain treatment.
- Actively participate in the development and execution of community awareness initiatives designed to increase patient volume and drive engagement.
- Develop relationships with hospital and ambulatory surgery center personnel (e.g., through conversation, meetings, participation in conferences) to make new contacts in other departments within the hospital and to identify key decision makers in order to facilitate future sales.
- Build and nurture strong relationships with office, hospital, and ambulatory surgery center personnel by utilizing outstanding interpersonal communication skills. Through engaging conversations and effective meetings, you will establish new connections across various departments, identify key decision makers, and foster trust and collaboration to facilitate future sales opportunities.
- Respond promptly and efficiently whenever the office reaches out, ensuring that inquiries and requests are addressed in a timely manner. Demonstrate reliability by maintaining open lines of communication and quickly providing the information, support, or assistance needed by office personnel.
- Complete all administrative tasks in a timely manner and in full compliance with all applicable regulatory guidelines. Failure to properly perform these duties may result in noncompliance with governmental regulations and could lead to disciplinary action, up to and including termination.
- This position requires frequent travel throughout the assigned region, primarily day trips, with some overnight stays depending on business needs. Flexibility regarding the expansion or reduction of your geographic territory is essential.



**Required Qualifications**

- Bachelor's degree or an equivalent combination of education and experience.
- Minimum of 2 years' work experience in a sales and/or clinical role.

**Preferred Qualifications:**

- Medical device sales and/or clinical education experience.
- Bachelor's degree in Nursing, Biology, Kinesiology or other science field.
- Experience as Physical Therapy Assistant, RN, Chiropractor Assistant, Radiologic Tech or Surgical Tech or similar field.

**Requisition ID:** 635960

The anticipated annualized base amount or range for this full time position will be **$75,000 to $95,000**, plus variable compensation governed by the Sales Incentive Compensation Plan (which includes certain annual non-discretionary incentives based on predetermined objectives) as well as the value of core and optional benefits offered at BSC, which can be reviewed at www.bscbenefitsconnect.com. Actual compensation will be commensurate with demonstrable level of experience and training, pertinent education including licensure and certifications, and other relevant business or organizational needs.

**For MA positions:** It is unlawful to require or administer a lie detector test for employment. Violators are subject to criminal penalties and civil liability.

Boston Scientific transforms lives through innovative medical technologies that improve the health of patients around the world. As a global medical technology leader for more than 45 years, we advance science for life by providing a broad range of high-performance solutions that address unmet patient needs and reduce the cost of healthcare. Our portfolio of devices and therapies helps physicians diagnose and treat complex cardiovascular, respiratory, digestive, oncological, neurological and urological diseases and conditions. Learn more at www.bostonscientific.com and follow us on LinkedIn.

Boston Scientific maintains a prohibited substance free workplace. Pursuant to Va. Code § 2.2-4312 (2000), Boston Scientific is providing notification that the unlawful manufacture, sale, distribution, dispensation, possession, or use of a controlled substance or marijuana is prohibited in the workplace and that violations will result in disciplinary action up to and including termination.

Please be advised that certain US based positions, including without limitation field sales and service positions that call on hospitals and/or health care centers, require acceptable proof of COVID-19 vaccination status. Candidates will be notified during the interview and selection process if the role(s) for which they have applied require proof of vaccination as a condition of employment. Boston Scientific continues to evaluate its policies and protocols regarding the COVID-19 vaccine and will comply with all applicable state and federal law and healthcare credentialing requirements. As employees of the Company, you will be expected to meet the ongoing requirements for your roles, including any new requirements, should the Company's policies protocols change with regard to COVID-19 vaccination.



Among other requirements, Boston Scientific maintains specific prohibited substance testing requirements for safety-sensitive positions. This role is deemed safety-sensitive and, as such, candidates will be subject to a drug test as a pre-employment requirement. The goal of the drug testing is to increase workplace safety in compliance with the applicable law.

**Nearest Major Market:** Charlotte
**Job Segment:** Physical Therapy Assistant, Rehabilitation, Therapy, Physical Therapy, Travel Nurse, Healthcare

Apply now ▲

Find similar jobs:
銷售部職位, Sales, All Jobs in Quincy, MA, All Jobs in Natick, MA, All Jobs in Marlborough, MA

Careers Home | Top Jobs Searches | View All Jobs | Privacy Policy | Terms of Use | Copyright Notice | Contact Us | Corporate Home

©2017 Boston Scientific or its affiliates. All rights reserved.



Boston Scientific
Advancing science for life™

Language View profile Employee Login

Search by Keyword

Show More Options

Search Jobs

Select how often (in days) to receive an alert: 7 Create Alert

Apply now

# Clinical Specialist II, SCS - Chicago, IL

**Work mode:** Field Based
**Territory:** United States
**Additional Location(s):** N/A
**Diversity - Innovation - Caring - Global Collaboration - Winning Spirit - High Performance**
At Boston Scientific, we'll give you the opportunity to harness all that's within you by working in teams of diverse and high-performing employees, tackling some of the most important health industry challenges. With access to the latest tools, information and training, we'll help you in advancing your skills and career. Here, you'll be supported in progressing – whatever your ambitions.

**About the role:**

At Boston Scientific, we're dedicated to improving the quality of life for millions of people living with chronic pain. Our Neuromodulation team delivers personalized pain solutions using innovative, evidence-based technologies that make a real difference for patients and physicians.

As a Clinical Specialist 2, you'll partner with healthcare professionals to support implant procedures, provide technical expertise, and ensure the best outcomes for patients. You'll join a passionate team that never stops advancing pain management through innovation, service, and care.

If you're driven to help others and want your work to truly matter, join us and help change lives.



Your Responsibilities will include:

- Provide expert clinical support through programming, troubleshooting, and intraoperative guidance for spinal cord stimulation procedures.
- Deliver patient follow-up care, ensuring optimal therapy performance and long-term success.
- Partner with the sales team and healthcare professionals to drive therapy adoption and deliver exceptional clinical outcomes.
- Educate customers on the merits and proper clinical usage of company products by giving presentations and demonstrations using a wide variety of formats and platforms (e.g., slides, transparencies, manuals) to keep all customers abreast of the latest product, therapy, technological developments, and current items of interest in the industry.
- Lead educational initiatives for customers by presenting and demonstrating company products using diverse formats—including presentations, hands-on demonstrations, and digital platforms—to ensure healthcare professionals remain informed about the latest advancements in product technology, therapy options, and industry trends.
- Work closely with physicians, hospital staff, and other healthcare providers to deliver tailored education regarding the clinical benefits and best practices for utilizing company products and patient care.
- Engage clients through regular training sessions, workshops, and informational meetings to support optimal therapy outcomes and foster ongoing professional development.
- Serve as a resource for current and prospective customers, providing updates on innovations and evidence-based therapies to support informed decision-making in pain management.
- Actively participate in surgical cases within hospital and surgery center environments, providing hands-on support throughout procedures.
- Take an integral role in patient follow-up care by regularly monitoring therapy progress, addressing patient needs, and collaborating with healthcare teams to ensure optimal outcomes and satisfaction with company products.
- Leverage company resources to proactively identify potential patients and referral sources, providing education on neuromodulation and the benefits of pain management for chronic pain treatment.
- Actively participate in the development and execution of community awareness initiatives designed to increase patient volume and drive engagement.
- Develop relationships with hospital and ambulatory surgery center personnel (e.g., through conversation, meetings, participation in conferences) to make new contacts in other departments within the hospital and to identify key decision makers in order to facilitate future sales.
- Build and nurture strong relationships with office, hospital, and ambulatory surgery center personnel by utilizing outstanding interpersonal communication skills. Through engaging conversations and effective meetings, you will establish new connections across various departments, identify key decision makers, and foster trust and collaboration to facilitate future sales opportunities.
- Respond promptly and efficiently whenever the office reaches out, ensuring that inquiries and requests are addressed in a timely manner. Demonstrate reliability by maintaining open lines of communication and quickly providing the information, support, or assistance needed by office personnel.
- Complete all administrative tasks in a timely manner and in full compliance with all applicable regulatory guidelines. Failure to properly perform these duties may result in noncompliance with governmental regulations and could lead to disciplinary action, up to and including termination.
- This position requires frequent travel throughout the assigned region, primarily day trips, with some overnight stays depending on business needs. Flexibility regarding the expansion or reduction of your geographic territory is essential.



## **Required Qualifications**

- Bachelor’s degree or an equivalent combination of education and experience.
- Minimum of 2 years’ work experience in a sales and/or clinical role.

**Preferred Qualifications:**

- Medical device sales and/or clinical education experience.
- Bachelor’s degree in Nursing, Biology, Kinesiology or other science field.
- Experience as Physical Therapy Assistant, RN, Chiropractor Assistant, Radiologic Tech or Surgical Tech or similar field.

**Requisition ID:** 636454

The anticipated annualized base amount or range for this full time position will be **$75,000 to $95,000**, plus variable compensation governed by the Sales Incentive Compensation Plan (which includes certain annual non-discretionary incentives based on predetermined objectives) as well as the value of core and optional benefits offered at BSC, which can be reviewed at www.bscbenefitsconnect.com. Actual compensation will be commensurate with demonstrable level of experience and training, pertinent education including licensure and certifications, and other relevant business or organizational needs.

**For MA positions:** It is unlawful to require or administer a lie detector test for employment. Violators are subject to criminal penalties and civil liability.

Boston Scientific transforms lives through innovative medical technologies that improve the health of patients around the world. As a global medical technology leader for more than 45 years, we advance science for life by providing a broad range of high-performance solutions that address unmet patient needs and reduce the cost of healthcare. Our portfolio of devices and therapies helps physicians diagnose and treat complex cardiovascular, respiratory, digestive, oncological, neurological and urological diseases and conditions. Learn more at www.bostonscientific.com and follow us on LinkedIn.

Boston Scientific maintains a prohibited substance free workplace. Pursuant to Va. Code § 2.2-4312 (2000), Boston Scientific is providing notification that the unlawful manufacture, sale, distribution, dispensation, possession, or use of a controlled substance or marijuana is prohibited in the workplace and that violations will result in disciplinary action up to and including termination.

Please be advised that certain US based positions, including without limitation field sales and service positions that call on hospitals and/or health care centers, require acceptable proof of COVID-19 vaccination status. Candidates will be notified during the interview and selection process if the role(s) for which they have applied require proof of vaccination as a condition of employment. Boston Scientific continues to evaluate its policies and protocols regarding the COVID-19 vaccine and will comply with all applicable state and federal law and healthcare credentialing requirements. As employees of the Company, you will be expected to meet the ongoing requirements for your roles, including any new requirements, should the Company’s policies or protocols change with regard to COVID-19 vaccination.



Among other requirements, Boston Scientific maintains specific prohibited substance testing requirements for safety-sensitive positions. This role is deemed safety-sensitive and, as such, candidates will be subject to a drug test as a pre-employment requirement. The goal of the drug testing is to increase workplace safety in compliance with the applicable law.

**Nearest Major Market:** Chicago
**Job Segment:** Physical Therapy Assistant, Travel Nurse, Compliance, Rehabilitation, Physical Therapy, Healthcare, Legal

Apply now ▲

Find similar jobs:
銷售部職位, Sales, All Jobs in Quincy, MA, All Jobs in Natick, MA, All Jobs in Marlborough, MA

Careers Home | Top Jobs Searches | View All Jobs | Privacy Policy | Terms of Use | Copyright Notice | Contact Us | Corporate Home

©2017 Boston Scientific or its affiliates. All rights reserved.



Language View profile Employee Login

Back to search results

Search by Keyword

Show More Options

Search Jobs

Select how often (in days) to receive an alert: 7 Create Alert

Apply now

# Clinical Specialist II, SCS - Dallas, TX

**Work mode:** Field Based
**Territory:** United States
**Additional Location(s):** N/A
**Diversity - Innovation - Caring - Global Collaboration - Winning Spirit - High Performance**
At Boston Scientific, we'll give you the opportunity to harness all that's within you by working in teams of diverse and high-performing employees, tackling some of the most important health industry challenges. With access to the latest tools, information and training, we'll help you in advancing your skills and career. Here, you'll be supported in progressing – whatever your ambitions.

**About the role:**

At Boston Scientific, we're dedicated to improving the quality of life for millions of people living with chronic pain. Our Neuromodulation team delivers personalized pain solutions using innovative, evidence-based technologies that make a real difference for patients and physicians.

As a Clinical Specialist 2, you'll partner with healthcare professionals to support implant procedures, provide technical expertise, and ensure the best outcomes for patients. You'll join a passionate team that never stops advancing pain management through innovation, service, and care.

If you're driven to help others and want your work to truly matter, join us and help change liv



Your Responsibilities will include:

- Provide expert clinical support through programming, troubleshooting, and intraoperative guidance for spinal cord stimulation procedures.
- Deliver patient follow-up care, ensuring optimal therapy performance and long-term success.
- Partner with the sales team and healthcare professionals to drive therapy adoption and deliver exceptional clinical outcomes.
- Educate customers on the merits and proper clinical usage of company products by giving presentations and demonstrations using a wide variety of formats and platforms (e.g., slides, transparencies, manuals) to keep all customers abreast of the latest product, therapy, technological developments, and current items of interest in the industry.
- Lead educational initiatives for customers by presenting and demonstrating company products using diverse formats—including presentations, hands-on demonstrations, and digital platforms—to ensure healthcare professionals remain informed about the latest advancements in product technology, therapy options, and industry trends.
- Work closely with physicians, hospital staff, and other healthcare providers to deliver tailored education regarding the clinical benefits and best practices for utilizing company products and patient care.
- Engage clients through regular training sessions, workshops, and informational meetings to support optimal therapy outcomes and foster ongoing professional development.
- Serve as a resource for current and prospective customers, providing updates on innovations and evidence-based therapies to support informed decision-making in pain management.
- Actively participate in surgical cases within hospital and surgery center environments, providing hands-on support throughout procedures.
- Take an integral role in patient follow-up care by regularly monitoring therapy progress, addressing patient needs, and collaborating with healthcare teams to ensure optimal outcomes and satisfaction with company products.
- Leverage company resources to proactively identify potential patients and referral sources, providing education on neuromodulation and the benefits of pain management for chronic pain treatment.
- Actively participate in the development and execution of community awareness initiatives designed to increase patient volume and drive engagement.
- Develop relationships with hospital and ambulatory surgery center personnel (e.g., through conversation, meetings, participation in conferences) to make new contacts in other departments within the hospital and to identify key decision makers in order to facilitate future sales.
- Build and nurture strong relationships with office, hospital, and ambulatory surgery center personnel by utilizing outstanding interpersonal communication skills. Through engaging conversations and effective meetings, you will establish new connections across various departments, identify key decision makers, and foster trust and collaboration to facilitate future sales opportunities.
- Respond promptly and efficiently whenever the office reaches out, ensuring that inquiries and requests are addressed in a timely manner. Demonstrate reliability by maintaining open lines of communication and quickly providing the information, support, or assistance needed by office personnel.
- Complete all administrative tasks in a timely manner and in full compliance with all applicable regulatory guidelines. Failure to properly perform these duties may result in noncompliance with governmental regulations and could lead to disciplinary action, up to and including termination.
- This position requires frequent travel throughout the assigned region, primarily day trips, with some overnight stays depending on business needs. Flexibility regarding the expansion or reduction of your geographic territory is essential.



**Required Qualifications**

- Bachelor’s degree or an equivalent combination of education and experience.
- Minimum of 2 years’ work experience in a sales and/or clinical role.

**Preferred Qualifications:**

- Medical device sales and/or clinical education experience.
- Bachelor’s degree in Nursing, Biology, Kinesiology or other science field.
- Experience as Physical Therapy Assistant, RN, Chiropractor Assistant, Radiologic Tech or Surgical Tech or similar field.

**Requisition ID:** 635964

The anticipated annualized base amount or range for this full time position will be **$75,000 to $95,000**, plus variable compensation governed by the Sales Incentive Compensation Plan (which includes certain annual non-discretionary incentives based on predetermined objectives) as well as the value of core and optional benefits offered at BSC, which can be reviewed at www.bscbenefitsconnect.com. Actual compensation will be commensurate with demonstrable level of experience and training, pertinent education including licensure and certifications, and other relevant business or organizational needs.

**For MA positions:** It is unlawful to require or administer a lie detector test for employment. Violators are subject to criminal penalties and civil liability.

Boston Scientific transforms lives through innovative medical technologies that improve the health of patients around the world. As a global medical technology leader for more than 45 years, we advance science for life by providing a broad range of high-performance solutions that address unmet patient needs and reduce the cost of healthcare. Our portfolio of devices and therapies helps physicians diagnose and treat complex cardiovascular, respiratory, digestive, oncological, neurological and urological diseases and conditions. Learn more at www.bostonscientific.com and follow us on LinkedIn.

Boston Scientific maintains a prohibited substance free workplace. Pursuant to Va. Code § 2.2-4312 (2000), Boston Scientific is providing notification that the unlawful manufacture, sale, distribution, dispensation, possession, or use of a controlled substance or marijuana is prohibited in the workplace and that violations will result in disciplinary action up to and including termination.

Please be advised that certain US based positions, including without limitation field sales and service positions that call on hospitals and/or health care centers, require acceptable proof of COVID-19 vaccination status. Candidates will be notified during the interview and selection process if the role(s) for which they have applied require proof of vaccination as a condition of employment. Boston Scientific continues to evaluate its policies and protocols regarding the COVID-19 vaccine and will comply with all applicable state and federal law and healthcare credentialing requirements. As employees of the Company, you will be expected to meet the ongoing requirements for your roles, including any new requirements, should the Company’s policies or protocols change with regard to COVID-19 vaccination.



Among other requirements, Boston Scientific maintains specific prohibited substance testing requirements for safety-sensitive positions. This role is deemed safety-sensitive and, as such, candidates will be subject to a drug test as a pre-employment requirement. The goal of the drug testing is to increase workplace safety in compliance with the applicable law.

**Nearest Major Market:** Dallas
**Nearest Secondary Market:** Fort Worth
**Job Segment:** Physical Therapy Assistant, Compliance, Travel Nurse, Physical Therapy, Therapy, Healthcare, Legal

Apply now ▲

Find similar jobs:
銷售部職位, Sales, All Jobs in Quincy, MA, All Jobs in Natick, MA, All Jobs in Marlborough, MA

Careers Home | Top Jobs Searches | View All Jobs | Privacy Policy | Terms of Use | Copyright Notice | Contact Us | Corporate Home

©2017 Boston Scientific or its affiliates. All rights reserved.



Boston Scientific
Advancing science for life™

Language View profile Employee Login

Back to search results

Search by Keyword

Show More Options

Search Jobs

Select how often (in days) to receive an alert: 7 Create Alert

Apply now

# Clinical Specialist II, SCS - Reno, NV

**Work mode:** Field Based
**Territory:** United States
**Additional Location(s):** N/A
**Diversity - Innovation - Caring - Global Collaboration - Winning Spirit - High Performance**
At Boston Scientific, we'll give you the opportunity to harness all that's within you by working in teams of diverse and high-performing employees, tackling some of the most important health industry challenges. With access to the latest tools, information and training, we'll help you in advancing your skills and career. Here, you'll be supported in progressing – whatever your ambitions.

**About the role:**

- At Boston Scientific, we're dedicated to improving the quality of life for millions of people living with chronic pain. Our Neuromodulation team delivers personalized pain solutions using innovative, evidence-based technologies that make a real difference for patients and physicians.

As a Clinical Specialist 2, you'll partner with healthcare professionals to support implant procedures, provide technical expertise, and ensure the best outcomes for patients. You'll join a passionate team that never stops advancing pain management through innovation, service, and care.

If you're driven to help others and want your work to truly matter, join us and help change li



Your Responsibilities will include:

- Provide expert clinical support through programming, troubleshooting, and intraoperative guidance for spinal cord stimulation procedures.
- Deliver patient follow-up care, ensuring optimal therapy performance and long-term success.
- Partner with the sales team and healthcare professionals to drive therapy adoption and deliver exceptional clinical outcomes.
- Educate customers on the merits and proper clinical usage of company products by giving presentations and demonstrations using a wide variety of formats and platforms (e.g., slides, transparencies, manuals) to keep all customers abreast of the latest product, therapy, technological developments, and current items of interest in the industry.
- Lead educational initiatives for customers by presenting and demonstrating company products using diverse formats—including presentations, hands-on demonstrations, and digital platforms—to ensure healthcare professionals remain informed about the latest advancements in product technology, therapy options, and industry trends.
- Work closely with physicians, hospital staff, and other healthcare providers to deliver tailored education regarding the clinical benefits and best practices for utilizing company products and patient care.
- Engage clients through regular training sessions, workshops, and informational meetings to support optimal therapy outcomes and foster ongoing professional development.
- Serve as a resource for current and prospective customers, providing updates on innovations and evidence-based therapies to support informed decision-making in pain management.
- Actively participate in surgical cases within hospital and surgery center environments, providing hands-on support throughout procedures.
- Take an integral role in patient follow-up care by regularly monitoring therapy progress, addressing patient needs, and collaborating with healthcare teams to ensure optimal outcomes and satisfaction with company products.
- Leverage company resources to proactively identify potential patients and referral sources, providing education on neuromodulation and the benefits of pain management for chronic pain treatment.
- Actively participate in the development and execution of community awareness initiatives designed to increase patient volume and drive engagement.
- Develop relationships with hospital and ambulatory surgery center personnel (e.g., through conversation, meetings, participation in conferences) to make new contacts in other departments within the hospital and to identify key decision makers in order to facilitate future sales.
- Build and nurture strong relationships with office, hospital, and ambulatory surgery center personnel by utilizing outstanding interpersonal communication skills. Through engaging conversations and effective meetings, you will establish new connections across various departments, identify key decision makers, and foster trust and collaboration to facilitate future sales opportunities.
- Respond promptly and efficiently whenever the office reaches out, ensuring that inquiries and requests are addressed in a timely manner. Demonstrate reliability by maintaining open lines of communication and quickly providing the information, support, or assistance needed by office personnel.
- Complete all administrative tasks in a timely manner and in full compliance with all applicable regulatory guidelines. Failure to properly perform these duties may result in noncompliance with governmental regulations and could lead to disciplinary action, up to and including termination.
- This position requires frequent travel throughout the assigned region, primarily day trips with some overnight stays depending on business needs. Flexibility regarding the expansion or reduction of your geographic territory is essential.



## Required Qualifications

- Bachelor's degree or an equivalent combination of education and experience.
- Minimum of 2 years' work experience in a sales and/or clinical role.

## Preferred Qualifications:

- Medical device sales and/or clinical education experience.
- Bachelor's degree in Nursing, Biology, Kinesiology or other science field.
- Experience as Physical Therapy Assistant, RN, Chiropractor Assistant, Radiologic Tech or Surgical Tech or similar field.

**Requisition ID:** 635961

The anticipated annualized base amount or range for this full time position will be **$75,000 to $95,000**, plus variable compensation governed by the Sales Incentive Compensation Plan (which includes certain annual non-discretionary incentives based on predetermined objectives) as well as the value of core and optional benefits offered at BSC, which can be reviewed at www.bscbenefitsconnect.com. Actual compensation will be commensurate with demonstrable level of experience and training, pertinent education including licensure and certifications, and other relevant business or organizational needs.

**For MA positions:** It is unlawful to require or administer a lie detector test for employment. Violators are subject to criminal penalties and civil liability.

Boston Scientific transforms lives through innovative medical technologies that improve the health of patients around the world. As a global medical technology leader for more than 45 years, we advance science for life by providing a broad range of high-performance solutions that address unmet patient needs and reduce the cost of healthcare. Our portfolio of devices and therapies helps physicians diagnose and treat complex cardiovascular, respiratory, digestive, oncological, neurological and urological diseases and conditions. Learn more at www.bostonscientific.com and follow us on LinkedIn.

Boston Scientific maintains a prohibited substance free workplace. Pursuant to Va. Code § 2.2-4312 (2000), Boston Scientific is providing notification that the unlawful manufacture, sale, distribution, dispensation, possession, or use of a controlled substance or marijuana is prohibited in the workplace and that violations will result in disciplinary action up to and including termination.

Please be advised that certain US based positions, including without limitation field sales and service positions that call on hospitals and/or health care centers, require acceptable proof of COVID-19 vaccination status. Candidates will be notified during the interview and selection process if the role(s) for which they have applied require proof of vaccination as a condition of employment. Boston Scientific continues to evaluate its policies and protocols regarding the COVID-19 vaccine and will comply with all applicable state and feder



law and healthcare credentialing requirements. As employees of the Company, you will be expected to meet the ongoing requirements for your roles, including any new requirements, should the Company's policies or protocols change with regard to COVID-19 vaccination.

Among other requirements, Boston Scientific maintains specific prohibited substance testing requirements for safety-sensitive positions. This role is deemed safety-sensitive and, as such, candidates will be subject to a drug test as a pre-employment requirement. The goal of the drug testing is to increase workplace safety in compliance with the applicable law.

**Nearest Major Market:** Reno
**Nearest Secondary Market:** Tahoe
**Job Segment:** Physical Therapy Assistant, Compliance, Travel Nurse, Physical Therapy, Rehabilitation, Healthcare, Legal

Apply now

Find similar jobs:
銷售部職位, Sales, All Jobs in Quincy, MA, All Jobs in Natick, MA, All Jobs in Marlborough, MA

Careers Home | Top Jobs Searches | View All Jobs | Privacy Policy | Terms of Use | Copyright Notice | Contact Us | Corporate Home

©2017 Boston Scientific or its affiliates. All rights reserved.



Boston Scientific
Advancing science for life™

Language View profile Employee Login

Back to search results

Search by Keyword

Show More Options

Search Jobs

Select how often (in days) to receive an alert: 7 Create Alert

Apply now

# Clinical Specialist II, SCS - Washington, DC

**Work mode:** Field Based
**Territory:** United States
**Additional Location(s):** N/A
**Diversity - Innovation - Caring - Global Collaboration - Winning Spirit - High Performance**
At Boston Scientific, we’ll give you the opportunity to harness all that’s within you by working in teams of diverse and high-performing employees, tackling some of the most important health industry challenges. With access to the latest tools, information and training, we’ll help you in advancing your skills and career. Here, you’ll be supported in progressing – whatever your ambitions.

## About the role:

At Boston Scientific, we’re dedicated to improving the quality of life for millions of people living with chronic pain. Our Neuromodulation team delivers personalized pain solutions using innovative, evidence-based technologies that make a real difference for patients and physicians.

As a Clinical Specialist 2, you’ll partner with healthcare professionals to support implant procedures, provide technical expertise, and ensure the best outcomes for patients. You’ll join a passionate team that never stops advancing pain management through innovation, service, and care.

If you’re driven to help others and want your work to truly matter, join us and help change liv



Your Responsibilities will include:

- Provide expert clinical support through programming, troubleshooting, and intraoperative guidance for spinal cord stimulation procedures.
- Deliver patient follow-up care, ensuring optimal therapy performance and long-term success.
- Partner with the sales team and healthcare professionals to drive therapy adoption and deliver exceptional clinical outcomes.
- Educate customers on the merits and proper clinical usage of company products by giving presentations and demonstrations using a wide variety of formats and platforms (e.g., slides, transparencies, manuals) to keep all customers abreast of the latest product, therapy, technological developments, and current items of interest in the industry.
- Lead educational initiatives for customers by presenting and demonstrating company products using diverse formats—including presentations, hands-on demonstrations, and digital platforms—to ensure healthcare professionals remain informed about the latest advancements in product technology, therapy options, and industry trends.
- Work closely with physicians, hospital staff, and other healthcare providers to deliver tailored education regarding the clinical benefits and best practices for utilizing company products and patient care.
- Engage clients through regular training sessions, workshops, and informational meetings to support optimal therapy outcomes and foster ongoing professional development.
- Serve as a resource for current and prospective customers, providing updates on innovations and evidence-based therapies to support informed decision-making in pain management.
- Actively participate in surgical cases within hospital and surgery center environments, providing hands-on support throughout procedures.
- Take an integral role in patient follow-up care by regularly monitoring therapy progress, addressing patient needs, and collaborating with healthcare teams to ensure optimal outcomes and satisfaction with company products.
- Leverage company resources to proactively identify potential patients and referral sources, providing education on neuromodulation and the benefits of pain management for chronic pain treatment.
- Actively participate in the development and execution of community awareness initiatives designed to increase patient volume and drive engagement.
- Develop relationships with hospital and ambulatory surgery center personnel (e.g., through conversation, meetings, participation in conferences) to make new contacts in other departments within the hospital and to identify key decision makers in order to facilitate future sales.
- Build and nurture strong relationships with office, hospital, and ambulatory surgery center personnel by utilizing outstanding interpersonal communication skills. Through engaging conversations and effective meetings, you will establish new connections across various departments, identify key decision makers, and foster trust and collaboration to facilitate future sales opportunities.
- Respond promptly and efficiently whenever the office reaches out, ensuring that inquiries and requests are addressed in a timely manner. Demonstrate reliability by maintaining open lines of communication and quickly providing the information, support, or assistance needed by office personnel.
- Complete all administrative tasks in a timely manner and in full compliance with all applicable regulatory guidelines. Failure to properly perform these duties may result in noncompliance with governmental regulations and could lead to disciplinary action, up to and including termination.
- This position requires frequent travel throughout the assigned region, primarily day trips, with some overnight stays depending on business needs. Flexibility regarding the expansion or reduction of your geographic territory is essential.



**Required Qualifications**

- Bachelor's degree or an equivalent combination of education and experience.
- Minimum of 2 years' work experience in a sales and/or clinical role.

**Preferred Qualifications:**

- Medical device sales and/or clinical education experience.
- Bachelor's degree in Nursing, Biology, Kinesiology or other science field.
- Experience as Physical Therapy Assistant, RN, Chiropractor Assistant, Radiologic Tech or Surgical Tech or similar field.

**Requisition ID:** 635963

The anticipated annualized base amount or range for this full time position will be **$75,000 to $95,000**, plus variable compensation governed by the Sales Incentive Compensation Plan (which includes certain annual non-discretionary incentives based on predetermined objectives) as well as the value of core and optional benefits offered at BSC, which can be reviewed at www.bscbenefitsconnect.com. Actual compensation will be commensurate with demonstrable level of experience and training, pertinent education including licensure and certifications, and other relevant business or organizational needs.

**For MA positions:** It is unlawful to require or administer a lie detector test for employment. Violators are subject to criminal penalties and civil liability.

Boston Scientific transforms lives through innovative medical technologies that improve the health of patients around the world. As a global medical technology leader for more than 45 years, we advance science for life by providing a broad range of high-performance solutions that address unmet patient needs and reduce the cost of healthcare. Our portfolio of devices and therapies helps physicians diagnose and treat complex cardiovascular, respiratory, digestive, oncological, neurological and urological diseases and conditions. Learn more at www.bostonscientific.com and follow us on LinkedIn.

Boston Scientific maintains a prohibited substance free workplace. Pursuant to Va. Code § 2.2-4312 (2000), Boston Scientific is providing notification that the unlawful manufacture, sale, distribution, dispensation, possession, or use of a controlled substance or marijuana is prohibited in the workplace and that violations will result in disciplinary action up to and including termination.

Please be advised that certain US based positions, including without limitation field sales and service positions that call on hospitals and/or health care centers, require acceptable proof of COVID-19 vaccination status. Candidates will be notified during the interview and selection process if the role(s) for which they have applied require proof of vaccination as a condition of employment. Boston Scientific continues to evaluate its policies and protocols regarding the COVID-19 vaccine and will comply with all applicable state and federal law and healthcare credentialing requirements. As employees of the Company, you will be expected to meet the ongoing requirements for your roles, including any new requirements, should the Company's policies or protocols change with regard to COVID-19 vaccination.



Among other requirements, Boston Scientific maintains specific prohibited substance testing requirements for safety-sensitive positions. This role is deemed safety-sensitive and, as such, candidates will be subject to a drug test as a pre-employment requirement. The goal of the drug testing is to increase workplace safety in compliance with the applicable law.

**Nearest Major Market:** Washington DC
**Job Segment:** Physical Therapy Assistant, Compliance, Travel Nurse, Physical Therapy, Rehabilitation, Healthcare, Legal

Apply now

Find similar jobs:
銷售部職位, Sales, All Jobs in Quincy, MA, All Jobs in Natick, MA, All Jobs in Marlborough, MA



©2017 Boston Scientific or its affiliates. All rights reserved.



Boston Scientific
Advancing science for life™

Language View profile Employee Login

Search by Keyword

Show More Options

Search Jobs

Select how often (in days) to receive an alert: 7 Create Alert

Apply now

# Clinical Specialist III, SCS - Alexandria, MN

**Work mode:** Field Based
**Territory:** United States
**Additional Location(s):** N/A
**Diversity - Innovation - Caring - Global Collaboration - Winning Spirit - High Performance**
At Boston Scientific, we'll give you the opportunity to harness all that's within you by working in teams of diverse and high-performing employees, tackling some of the most important health industry challenges. With access to the latest tools, information and training, we'll help you in advancing your skills and career. Here, you'll be supported in progressing – whatever your ambitions.

**About the role:**

At Boston Scientific, we're dedicated to improving the quality of life for millions of people living with chronic pain. Our Neuromodulation team delivers personalized pain solutions using innovative, evidence-based technologies that make a real difference for patients and physicians.

As a Clinical Specialist, you'll partner with healthcare professionals to support implant procedures, provide technical expertise, and ensure the best outcomes for patients. You'll join a passionate team that never stops advancing pain management through innovation, service, and care.

**Your Responsibilities will include:**



- Serving as the primary resource for sales and clinical support, providing advanced troubleshooting, programming, and patient follow-up for all Neuromodulation (NMD) products in a clinical setting
- Serve as a trusted advisor and educator, delivering impactful marketing and clinical education programs that highlight the value, innovation, and proper use of company products. Lead product awareness initiatives through engaging presentations, demonstrations, and strategic communication across multiple platforms to drive therapy adoption and customer confidence.
- Partner with physicians and surgical teams to deliver technical and clinical expertise during procedures, ensuring optimal device performance and superior patient outcomes.
- This position requires frequent travel throughout the assigned region, primarily day trips, with some overnight stays depending on business needs. Flexibility regarding the expansion or reduction of your geographic territory is essential.
- Lead marketing development and community engagement efforts by identifying and educating key referral sources and patient populations on neuromodulation solutions and chronic pain management, driving therapy adoption and market growth
- Establish and strengthen relationships with clinical and administrative teams across hospitals and ambulatory surgery centers to enhance brand visibility, identify key decision-makers, and advance sales development initiatives.
- Serve as a solution-oriented resource for physicians and patients, proactively identifying and addressing clinical and product-related needs through cross-functional collaboration and strategic problem solving
- Operate as part of a highly collaborative field team, working alongside Territory Managers, Clinical Specialist Manager, and the Regional Business Director to identify opportunities, refine strategy, and support business growth through strong teamwork and shared objectives
- Complete all administrative tasks in a timely manner and in full compliance with all applicable regulatory guidelines. Failure to properly perform these duties may result in noncompliance with governmental regulations and could lead to disciplinary action, up to and including termination.
- Maintain strict adherence to quality system standards and regulatory guidelines to ensure compliance with all governmental and corporate requirements

**Required Qualification’s**

- Bachelor’s degree or an equivalent combination of education and experience
- Minimum of 5 years in pain management and/ or related field.

**Preferred Qualifications:**

- Medical device sales and/or clinical education experience.
- Bachelor’s degree in Nursing, Biology, Kinesiology or other science field.
- Experience as Physical Therapy Assistant, RN, Chiropractor Assistant, Radiologic Tech or Surgical Tech or similar field.



**Requisition ID:** 636316

The anticipated annualized base amount or range for this full time position will be **$75,000 to $95,000**, plus variable compensation governed by the Sales Incentive Compensation Plan (which includes certain annual non-discretionary incentives based on predetermined objectives) as well as the value of core and optional benefits offered at BSC, which can be reviewed at www.bscbenefitsconnect.com. Actual compensation will be commensurate with demonstrable level of experience and training, pertinent education including licensure and certifications, and other relevant business or organizational needs.

**For MA positions:** It is unlawful to require or administer a lie detector test for employment. Violators are subject to criminal penalties and civil liability.

Boston Scientific transforms lives through innovative medical technologies that improve the health of patients around the world. As a global medical technology leader for more than 45 years, we advance science for life by providing a broad range of high-performance solutions that address unmet patient needs and reduce the cost of healthcare. Our portfolio of devices and therapies helps physicians diagnose and treat complex cardiovascular, respiratory, digestive, oncological, neurological and urological diseases and conditions. Learn more at www.bostonscientific.com and follow us on LinkedIn.

Boston Scientific maintains a prohibited substance free workplace. Pursuant to Va. Code § 2.2-4312 (2000), Boston Scientific is providing notification that the unlawful manufacture, sale, distribution, dispensation, possession, or use of a controlled substance or marijuana is prohibited in the workplace and that violations will result in disciplinary action up to and including termination.

Please be advised that certain US based positions, including without limitation field sales and service positions that call on hospitals and/or health care centers, require acceptable proof of COVID-19 vaccination status. Candidates will be notified during the interview and selection process if the role(s) for which they have applied require proof of vaccination as a condition of employment. Boston Scientific continues to evaluate its policies and protocols regarding the COVID-19 vaccine and will comply with all applicable state and federal law and healthcare credentialing requirements. As employees of the Company, you will be expected to meet the ongoing requirements for your roles, including any new requirements, should the Company's policies or protocols change with regard to COVID-19 vaccination.

Among other requirements, Boston Scientific maintains specific prohibited substance testing requirements for safety-sensitive positions. This role is deemed safety-sensitive and, as such, candidates will be subject to a drug test as a pre-employment requirement. The goal of the drug testing is to increase workplace safety in compliance with the applicable law.

**Job Segment:** Physical Therapy Assistant, Rehabilitation, Therapy, Physical Therapy, Travel Nurse, Healthcare

Apply now ▲

Find similar jobs:
Sales, All Jobs in Quincy, MA, All Jobs in Natick, MA, All Jobs in Marlborough, MA, All Jobs in Arden Hills,



Careers Home | Top Jobs Searches | View All Jobs | Privacy Policy | Terms of Use | Copyright Notice | Contact Us | Corporate Home

©2017 Boston Scientific or its affiliates. All rights reserved.



Language View profile Employee Login

Back to search results

Search by Keyword

Show More Options

Search Jobs

Select how often (in days) to receive an alert: 7 Create Alert

Apply now

# SCS Clinical Specialist II - Greensboro, NC

**Work mode:** Field Based
**Territory:** United States
**Additional Location(s):** N/A
**Diversity - Innovation - Caring - Global Collaboration - Winning Spirit - High Performance**
At Boston Scientific, we'll give you the opportunity to harness all that's within you by working in teams of diverse and high-performing employees, tackling some of the most important health industry challenges. With access to the latest tools, information and training, we'll help you in advancing your skills and career. Here, you'll be supported in progressing – whatever your ambitions.

**About the role:**

At Boston Scientific, we're dedicated to improving the quality of life for millions of people living with chronic pain. Our Neuromodulation team delivers personalized pain solutions using innovative, evidence-based technologies that make a real difference for patients and physicians.

As a Clinical Specialist 2, you'll partner with healthcare professionals to support implant procedures, provide technical expertise, and ensure the best outcomes for patients. You'll join a passionate team that never stops advancing pain management through innovation, service, and care.

If you're driven to help others and want your work to truly matter, join us and help change liv



Your Responsibilities will include:

- Provide expert clinical support through programming, troubleshooting, and intraoperative guidance for spinal cord stimulation procedures.
- Deliver patient follow-up care, ensuring optimal therapy performance and long-term success.
- Partner with the sales team and healthcare professionals to drive therapy adoption and deliver exceptional clinical outcomes.
- Educate customers on the merits and proper clinical usage of company products by giving presentations and demonstrations using a wide variety of formats and platforms (e.g., slides, transparencies, manuals) to keep all customers abreast of the latest product, therapy, technological developments, and current items of interest in the industry.
- Lead educational initiatives for customers by presenting and demonstrating company products using diverse formats—including presentations, hands-on demonstrations, and digital platforms—to ensure healthcare professionals remain informed about the latest advancements in product technology, therapy options, and industry trends.
- Work closely with physicians, hospital staff, and other healthcare providers to deliver tailored education regarding the clinical benefits and best practices for utilizing company products and patient care.
- Engage clients through regular training sessions, workshops, and informational meetings to support optimal therapy outcomes and foster ongoing professional development.
- Serve as a resource for current and prospective customers, providing updates on innovations and evidence-based therapies to support informed decision-making in pain management.
- Actively participate in surgical cases within hospital and surgery center environments, providing hands-on support throughout procedures.
- Take an integral role in patient follow-up care by regularly monitoring therapy progress, addressing patient needs, and collaborating with healthcare teams to ensure optimal outcomes and satisfaction with company products.
- Leverage company resources to proactively identify potential patients and referral sources, providing education on neuromodulation and the benefits of pain management for chronic pain treatment.
- Actively participate in the development and execution of community awareness initiatives designed to increase patient volume and drive engagement.
- Develop relationships with hospital and ambulatory surgery center personnel (e.g., through conversation, meetings, participation in conferences) to make new contacts in other departments within the hospital and to identify key decision makers in order to facilitate future sales.
- Build and nurture strong relationships with office, hospital, and ambulatory surgery center personnel by utilizing outstanding interpersonal communication skills. Through engaging conversations and effective meetings, you will establish new connections across various departments, identify key decision makers, and foster trust and collaboration to facilitate future sales opportunities.
- Respond promptly and efficiently whenever the office reaches out, ensuring that inquiries and requests are addressed in a timely manner. Demonstrate reliability by maintaining open lines of communication and quickly providing the information, support, or assistance needed by office personnel.
- Complete all administrative tasks in a timely manner and in full compliance with all applicable regulatory guidelines. Failure to properly perform these duties may result in noncompliance with governmental regulations and could lead to disciplinary action, up to and including termination.
- This position requires frequent travel throughout the assigned region, primarily day trips, with some overnight stays depending on business needs. Flexibility regarding the expansion or reduction of your geographic territory is essential.



**Required Qualifications**

- Bachelor’s degree or an equivalent combination of education and experience.
- Minimum of 2 years’ work experience in a sales and/or clinical role.

**Preferred Qualifications:**

- Medical device sales and/or clinical education experience.
- Bachelor’s degree in Nursing, Biology, Kinesiology or other science field.
- Experience as Physical Therapy Assistant, RN, Chiropractor Assistant, Radiologic Tech or Surgical Tech or similar field.

**Requisition ID:** 634441

The anticipated annualized base amount or range for this full time position will be **$75,000 to $95,000**, plus variable compensation governed by the Sales Incentive Compensation Plan (which includes certain annual non-discretionary incentives based on predetermined objectives) as well as the value of core and optional benefits offered at BSC, which can be reviewed at www.bscbenefitsconnect.com. Actual compensation will be commensurate with demonstrable level of experience and training, pertinent education including licensure and certifications, and other relevant business or organizational needs.

**For MA positions:** It is unlawful to require or administer a lie detector test for employment. Violators are subject to criminal penalties and civil liability.

Boston Scientific transforms lives through innovative medical technologies that improve the health of patients around the world. As a global medical technology leader for more than 45 years, we advance science for life by providing a broad range of high-performance solutions that address unmet patient needs and reduce the cost of healthcare. Our portfolio of devices and therapies helps physicians diagnose and treat complex cardiovascular, respiratory, digestive, oncological, neurological and urological diseases and conditions. Learn more at www.bostonscientific.com and follow us on LinkedIn.

Boston Scientific maintains a prohibited substance free workplace. Pursuant to Va. Code § 2.2-4312 (2000), Boston Scientific is providing notification that the unlawful manufacture, sale, distribution, dispensation, possession, or use of a controlled substance or marijuana is prohibited in the workplace and that violations will result in disciplinary action up to and including termination.

Please be advised that certain US based positions, including without limitation field sales and service positions that call on hospitals and/or health care centers, require acceptable proof of COVID-19 vaccination status.  Candidates will be notified during the interview and selection process if the role(s) for which they have applied require proof of vaccination as a condition of employment.  Boston Scientific continues to evaluate its policies and protocols regarding the COVID-19 vaccine and will comply with all applicable state and federal law and healthcare credentialing requirements.   As employees of the Company, you will be expected to meet the ongoing requirements for your roles, including any new requirements, should the Company’s policies or protocols change with regard to COVID-19 vaccination.



Among other requirements, Boston Scientific maintains specific prohibited substance testing requirements for safety-sensitive positions. This role is deemed safety-sensitive and, as such, candidates will be subject to a drug test as a pre-employment requirement. The goal of the drug testing is to increase workplace safety in compliance with the applicable law.

**Nearest Major Market:** Greensboro
**Job Segment:** Physical Therapy Assistant, Rehabilitation, Therapy, Physical Therapy, Compliance, Healthcare, Legal

Apply now ▲

Find similar jobs:
銷售部職位, Sales, All Jobs in Quincy, MA, All Jobs in Natick, MA, All Jobs in Marlborough, MA

Careers Home | Top Jobs Searches | View All Jobs | Privacy Policy | Terms of Use | Copyright Notice | Contact Us | Corporate Home

©2017 Boston Scientific or its affiliates. All rights reserved.



Boston Scientific
Advancing science for life™

Language View profile Employee Login

Back to search results

Search by Keyword

Show More Options

Search Jobs

Select how often (in days) to receive an alert: 7 Create Alert

Apply now

# SCS Clinical Specialist II - Modesto, CA

**Work mode:** Field Based
**Territory:** United States
**Additional Location(s):** N/A
**Diversity - Innovation - Caring - Global Collaboration - Winning Spirit - High Performance**
At Boston Scientific, we'll give you the opportunity to harness all that's within you by working in teams of diverse and high-performing employees, tackling some of the most important health industry challenges. With access to the latest tools, information and training, we'll help you in advancing your skills and career. Here, you'll be supported in progressing – whatever your ambitions.
**About the role:**

At Boston Scientific, we're dedicated to improving the quality of life for millions of people living with chronic pain. Our Neuromodulation team delivers personalized pain solutions using innovative, evidence-based technologies that make a real difference for patients and physicians.
As a Clinical Specialist 2, you'll partner with healthcare professionals to support implant procedures, provide technical expertise, and ensure the best outcomes for patients. You'll join a passionate team that never stops advancing pain management through innovation, service, and care.
If you're driven to help others and want your work to truly matter, join us and help change lives.



Your Responsibilities will include:

- Provide expert clinical support through programming, troubleshooting, and intraoperative guidance for spinal cord stimulation procedures.
- Deliver patient follow-up care, ensuring optimal therapy performance and long-term success.
- Partner with the sales team and healthcare professionals to drive therapy adoption and deliver exceptional clinical outcomes.
- Educate customers on the merits and proper clinical usage of company products by giving presentations and demonstrations using a wide variety of formats and platforms (e.g., slides, transparencies, manuals) to keep all customers abreast of the latest product, therapy, technological developments, and current items of interest in the industry.
- Lead educational initiatives for customers by presenting and demonstrating company products using diverse formats—including presentations, hands-on demonstrations, and digital platforms—to ensure healthcare professionals remain informed about the latest advancements in product technology, therapy options, and industry trends.
- Work closely with physicians, hospital staff, and other healthcare providers to deliver tailored education regarding the clinical benefits and best practices for utilizing company products and patient care.
- Engage clients through regular training sessions, workshops, and informational meetings to support optimal therapy outcomes and foster ongoing professional development.
- Serve as a resource for current and prospective customers, providing updates on innovations and evidence-based therapies to support informed decision-making in pain management.
- Actively participate in surgical cases within hospital and surgery center environments, providing hands-on support throughout procedures.
- Take an integral role in patient follow-up care by regularly monitoring therapy progress, addressing patient needs, and collaborating with healthcare teams to ensure optimal outcomes and satisfaction with company products.
- Leverage company resources to proactively identify potential patients and referral sources, providing education on neuromodulation and the benefits of pain management for chronic pain treatment.
- Actively participate in the development and execution of community awareness initiatives designed to increase patient volume and drive engagement.
- Develop relationships with hospital and ambulatory surgery center personnel (e.g., through conversation, meetings, participation in conferences) to make new contacts in other departments within the hospital and to identify key decision makers in order to facilitate future sales.
- Build and nurture strong relationships with office, hospital, and ambulatory surgery center personnel by utilizing outstanding interpersonal communication skills. Through engaging conversations and effective meetings, you will establish new connections across various departments, identify key decision makers, and foster trust and collaboration to facilitate future sales opportunities.
- Respond promptly and efficiently whenever the office reaches out, ensuring that inquiries and requests are addressed in a timely manner. Demonstrate reliability by maintaining open lines of communication and quickly providing the information, support, or assistance needed by office personnel.
- Complete all administrative tasks in a timely manner and in full compliance with all applicable regulatory guidelines. Failure to properly perform these duties may result in noncompliance with governmental regulations and could lead to disciplinary action, up to and including termination.
- This position requires frequent travel throughout the assigned region, primarily day trips, with some overnight stays depending on business needs. Flexibility regarding the expansion or reduction of your geographic territory is essential.

**Required Qualifications**



- Bachelor’s degree or an equivalent combination of education and experience.

- Minimum of 2 years' work experience in a sales and/or clinical role.

**Preferred Qualifications:**

- Medical device sales and/or clinical education experience.
- Bachelor's degree in Nursing, Biology, Kinesiology or other science field.
- Experience as Physical Therapy Assistant, RN, Chiropractor Assistant, Radiologic Tech or Surgical Tech or similar field.

**Requisition ID:** 635006

The anticipated annualized base amount or range for this full time position will be **$75,000 to $95,000**, plus variable compensation governed by the Sales Incentive Compensation Plan (which includes certain annual non-discretionary incentives based on predetermined objectives) as well as the value of core and optional benefits offered at BSC, which can be reviewed at www.bscbenefitsconnect.com. Actual compensation will be commensurate with demonstrable level of experience and training, pertinent education including licensure and certifications, and other relevant business or organizational needs.

**For MA positions:** It is unlawful to require or administer a lie detector test for employment. Violators are subject to criminal penalties and civil liability.

Boston Scientific transforms lives through innovative medical technologies that improve the health of patients around the world. As a global medical technology leader for more than 45 years, we advance science for life by providing a broad range of high-performance solutions that address unmet patient needs and reduce the cost of healthcare. Our portfolio of devices and therapies helps physicians diagnose and treat complex cardiovascular, respiratory, digestive, oncological, neurological and urological diseases and conditions. Learn more at www.bostonscientific.com and follow us on LinkedIn.

Boston Scientific maintains a prohibited substance free workplace. Pursuant to Va. Code § 2.2-4312 (2000), Boston Scientific is providing notification that the unlawful manufacture, sale, distribution, dispensation, possession, or use of a controlled substance or marijuana is prohibited in the workplace and that violations will result in disciplinary action up to and including termination.

Please be advised that certain US based positions, including without limitation field sales and service positions that call on hospitals and/or health care centers, require acceptable proof of COVID-19 vaccination status. Candidates will be notified during the interview and selection process if the role(s) for which they have applied require proof of vaccination as a condition of employment. Boston Scientific continues to evaluate its policies and protocols regarding the COVID-19 vaccine and will comply with all applicable state and federal law and healthcare credentialing requirements. As employees of the Company, you will be expected to meet the ongoing requirements for your roles, including any new requirements, should the Company's policies or protocols change with regard to COVID-19 vaccination.

Among other requirements, Boston Scientific maintains specific prohibited substance testing requirements for safety-sensitive positions. This role is deemed safety-sensitive and, as such, candidates will be subject to a drug test as a pre-employment requirement. The goal of the drug testing is to increase workplace safety i compliance with the applicable law.



**Nearest Major Market:** San Jose
**Nearest Secondary Market:** Palo Alto
**Job Segment:** Physical Therapy Assistant, Travel Nurse, Therapy, Physical Therapy, Rehabilitation, Healthcare

Apply now ▲

Find similar jobs:
Sales, Field Sales Jobs in San Jose, CA, All Jobs in Valencia, CA, All Jobs in San Jose, CA, All Jobs in Fremont, CA

Careers Home | Top Jobs Searches | View All Jobs | Privacy Policy | Terms of Use | Copyright Notice | Contact Us | Corporate Home

©2017 Boston Scientific or its affiliates. All rights reserved.



Boston Scientific
Advancing science for life™

Language View profile Employee Login

Search by Keyword

Show More Options

Search Jobs

Select how often (in days) to receive an alert: 7 Create Alert

Apply now

# SCS Territory Manager - Philadelphia, PA/Southern New Jersey

**Work mode:** Field Based
**Territory:** United States
**Additional Location(s):** US-NJ-Southern
**Diversity - Innovation - Caring - Global Collaboration - Winning Spirit - High Performance**
At Boston Scientific, we'll give you the opportunity to harness all that's within you by working in teams of diverse and high-performing employees, tackling some of the most important health industry challenges. With access to the latest tools, information and training, we'll help you in advancing your skills and career. Here, you'll be supported in progressing – whatever your ambitions.

**About the role:**

At Boston Scientific Neuromodulation, you join a team that is focused on improving the lives of our patients through technology and service. We are leaders in Pain Management Solutions including Spinal Cord Stimulation, Radiofrequency Ablation and Interspinous Decompression Spacers. Chronic pain affects hundreds of millions of people worldwide, including more than 100 million in the US alone and we never stop looking for ways to advance our technology. People with a passion to improve lives created these solutions and are hard at work on other breakthroughs. If you share our passion to truly make a difference and improve peoples' lives, please join us.

**Your responsibilities will include:**



- Focusing on patient care you will; cultivate a designated customer base, continuously prospect for new customers in an assigned geographic area, act on leads and persuasively position our products and services versus competitors. Additionally, Territory Managers are responsible for ensuring the territory meets or exceeds all goals through driving sales revenue. This includes assessing competitor strengths, weaknesses and strategies while work closely with the Regional Business Director and other team members on developing sales strategies.
- The Territory Manager will oversee the entire SCS process of patient care, pre-surgical education, post-surgical follow ups and long-term care of the device. Throughout this process the territory manager will focus on building a referral base of physicians, OR and hospital staff.
- Must have appropriate working knowledge of Boston Scientific Spinal Cord Stimulation products and applications. You will need basic computer skills for procedures and programming. You will support physician's use of our products in the OR and with patients. Translates technical and clinical knowledge and information in a way that builds customer and patient loyalty.
- Provides and receives coaching, and open and honest feedback to ensure success. Develops high performing teams by establishing a spirit of cooperation, communication and cohesion for achieving goals. Builds rapport with clinicians, nurses, technicians, patients and fellow team members to influence sales and usage of Spinal Cord Stimulation products. Actively listens to others with empathy and respect. Is committed to professional and personal development.
- Translates business strategy into clear objectives by maintaining pricing strategy discipline, anticipating problems and establishing procedures for meeting goals. Demonstrates a broad understanding of financial management principles and its impact on a territory level. Collaborates with Regional Business Director, Health Economics & Reimbursement and National Accounts to increase sales team success.

**Required Qualifications**:

- Bachelor’s degree.
- 2 years’ work experience in a sales’ and/or clinical role or an equivalent combination of education and experience.

**Preferred Qualifications**:

- Medical device sales experience.
- Bachelor’s degree in Nursing, Biology, Kinesiology or other science field.

**Requisition ID:** 633578

The anticipated annualized base amount or range for this full time position will be **$80,000,** plus variable compensation governed by Sales Incentive Compensation Plan (which includes certain annual non-discretionary incentives based on predetermined objectives) as well as the value of core and optional benefits



offered at BSC, which can be reviewed at www.bscbenefitsconnect.com. Actual compensation will be commensurate with demonstrable level of experience and training, pertinent education including licensure and certifications, and other relevant business or organizational needs.

**For MA positions:** It is unlawful to require or administer a lie detector test for employment. Violators are subject to criminal penalties and civil liability.

Among other requirements, Boston Scientific maintains specific prohibited substance test requirements for safety-sensitive positions. This role is deemed safety-sensitive and, as such, candidates will be subject to a prohibited substance test as a requirement. The goal of the prohibited substance testing is to increase workplace safety in compliance with the applicable law.

**Nearest Major Market:** Philadelphia
**Job Segment:** RF, Medical Device, Patient Care, Scientific, Neurology, Science, Healthcare, Engineering

Apply now ▲

Find similar jobs:
銷售部職位, Sales, All Jobs in Quincy, MA, All Jobs in Natick, MA, All Jobs in Marlborough, MA

Careers Home | Top Jobs Searches | View All Jobs | Privacy Policy | Terms of Use | Copyright Notice | Contact Us | Corporate Home

©2017 Boston Scientific or its affiliates. All rights reserved.



Boston Scientific
Advancing science for life™

Language View profile Employee Login

Back to search results

Search by Keyword

Show More Options

Search Jobs

Select how often (in days) to receive an alert: 7 Create Alert

Apply now

# Territory Manager, SCS - Buffalo/Rochester, NY

**Work mode:** Field Based
**Territory:** United States
**Additional Location(s):** N/A
**Diversity - Innovation - Caring - Global Collaboration - Winning Spirit - High Performance**
At Boston Scientific, we'll give you the opportunity to harness all that's within you by working in teams of diverse and high-performing employees, tackling some of the most important health industry challenges. With access to the latest tools, information and training, we'll help you in advancing your skills and career. Here, you'll be supported in progressing – whatever your ambitions.

**About the role:**

At Boston Scientific Neuromodulation, you join a team that is focused on improving the lives of our patients through technology and service. We are leaders in Pain Management Solutions including Spinal Cord Stimulation, Radiofrequency Ablation and Interspinous Decompression Spacers. Chronic pain affects hundreds of millions of people worldwide, including more than 100 million in the US alone and we never stop looking for ways to advance our technology. People with a passion to improve lives created these solutions and are hard at work on other breakthroughs. If you share our passion to truly make a difference and improve peoples' lives, please join us.



**Your responsibilities will include:**

- Focusing on patient care you will; cultivate a designated customer base, continuously prospect for new customers in an assigned geographic area, act on leads and persuasively position our products and services versus competitors. Additionally, Territory Managers are responsible for ensuring the territory meets or exceeds all goals through driving sales revenue. This includes assessing competitor strengths, weaknesses and strategies while work closely with the Regional Business Director and other team members on developing sales strategies.
- The Territory Manager will oversee the entire SCS process of patient care, pre-surgical education, post-surgical follow ups and long-term care of the device. Throughout this process the territory manager will focus on building a referral base of physicians, OR and hospital staff.
- Must have appropriate working knowledge of Boston Scientific Spinal Cord Stimulation products and applications. You will need basic computer skills for procedures and programming. You will support physician's use of our products in the OR and with patients. Translates technical and clinical knowledge and information in a way that builds customer and patient loyalty.
- Provides and receives coaching, and open and honest feedback to ensure success. Develops high performing teams by establishing a spirit of cooperation, communication and cohesion for achieving goals. Builds rapport with clinicians, nurses, technicians, patients and fellow team members to influence sales and usage of Spinal Cord Stimulation products. Actively listens to others with empathy and respect. Is committed to professional and personal development.
- Translates business strategy into clear objectives by maintaining pricing strategy discipline, anticipating problems and establishing procedures for meeting goals. Demonstrates a broad understanding of financial management principles and its impact on a territory level. Collaborates with Regional Business Director, Health Economics & Reimbursement and National Accounts to increase sales team success.

**Required Qualifications:**

- Bachelor’s degree.
- Minimum of 2 years’ work experience in a sales’ and/or clinical role or an equivalent combination of education and experience.

**Preferred Qualifications:**

- Medical device sales experience.
- Bachelor’s degree in Nursing, Biology, Kinesiology or other science field.



**Requisition ID:** 636518

The anticipated annualized base amount or range for this full time position will be **$80,000** plus variable compensation governed by Sales Incentive Compensation Plan (which includes certain annual non-discretionary incentives based on predetermined objectives) as well as the value of core and optional benefits offered at BSC, which can be reviewed at www.bscbenefitsconnect.com. Actual compensation will be commensurate with demonstrable level of experience and training, pertinent education including licensure and certifications, and other relevant business or organizational needs.

**For MA positions:** It is unlawful to require or administer a lie detector test for employment. Violators are subject to criminal penalties and civil liability.

Among other requirements, Boston Scientific maintains specific prohibited substance test requirements for safety-sensitive positions. This role is deemed safety-sensitive and, as such, candidates will be subject to a prohibited substance test as a requirement. The goal of the prohibited substance testing is to increase workplace safety in compliance with the applicable law.

**Nearest Major Market:** Buffalo
**Job Segment:** Scientific, RF, Neurology, Patient Care, Manager, Engineering, Science, Healthcare, Management

Apply now ▲

Find similar jobs:
銷售部職位, Sales, All Jobs in Quincy, MA, All Jobs in Natick, MA, All Jobs in Marlborough, MA

Careers Home | Top Jobs Searches | View All Jobs | Privacy Policy | Terms of Use |
Copyright Notice | Contact Us | Corporate Home

©2017 Boston Scientific or its affiliates. All rights reserved.

