Name and address:
FAEGRE DRINKER BIDDLE & REATH LLP
Amy R. Fiterman (MN Bar No. 0285493)
amy.fiterman@faegredrinker.com
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402
Tel: 612.766.7000 | Fax: 612.766.1600

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In Re Boston Scientific Corporation Spinal Cord Stimulator Products Liability Litigation<br>PLAINTIFF(S)<br>v.<br><br>DEFENDANT(S) | CASE NUMBER:<br>2:26-ML-03181-JLS-E<br><br>**NOTICE OF APPEARANCE OR WITHDRAWAL OF COUNSEL** |

**INSTRUCTIONS**

*Appearance of Counsel*:

Attorneys may use this form to enter an appearance in a case, or to update the docket of a case to reflect a prior appearance. To do so, complete Sections I, II, and IV of this form, then file and serve the form in the case. (Using an attorney's CM/ECF login and password to file this form will expedite the addition of that attorney to the docket as counsel of record.)

*Withdrawal of Counsel*:

This form may be used to terminate an attorney's status as counsel of record for a party in three situations: (1) the attorney being terminated has already been relieved by the Court, but the docket does not yet reflect that fact; (2) at least one member of the attorney's firm or agency will continue to represent that party and the withdrawing attorney is not the only member of the Bar of this Court representing that party; or (3) the represented party has been dismissed from the case, but the attorneys are still receiving notices of electronic filing. For any of these situations, complete Sections I, III, and IV of this form, then file and serve the form in the case.

***Note:*** *In situations not covered above, attorneys seeking to withdraw from a case must first obtain permission from the Court. In such circumstances, attorneys should complete and file a "Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01) rather than this "Notice of Appearance or Withdrawal of Counsel" (Form G-123). See Form G-01 for further information.*

**SECTION I - IDENTIFYING INFORMATION**

*Please complete the following information for the attorney you wish to add or remove (if removing an attorney, provide the information as it currently appears on the docket; if appearing pro hac vice, enter "PHV" in the field for "CA Bar Number"):*

Name: Amy R. Fiterman CA Bar Number: ____________

Firm or agency: Faegre Drinker Biddle & Reath LLP

Address: 2200 Wells Fargo Center, 90 South Seventh Street, Minneapolis, MN 55402

Telephone Number: 612.766.7000 Fax Number: 612.766.1600

Email: amy.fiterman@faegredrinker.com

Counsel of record for the following party or parties: Defendants BOSTON SCIENTIFIC CORPORATION and BOSTON SCIENTIFIC NEUROMODULATION CORPORATION

**SECTION II - TO ADD AN ATTORNEY TO THE DOCKET**

*Please select one of the following options:*

☐ The attorney listed above has already appeared as counsel of record in this case and should have been added to the docket. The date of the attorney's first appearance in this case: ____________________ .

☒ The filing of this form constitutes the first appearance in this case of the attorney listed above. Other members of this attorney's firm or agency have previously appeared in the case.

☐ The filing of this form constitutes the first appearance in this case of the attorney listed above. No other members of this attorney's firm or agency have previously appeared in the case.

☒ By order of the court dated August 18, 2026 in case number 2:26-ML-03181-JLS-E (see attached copy), the attorney listed above may appear in this case without applying for admission to practice *pro hac vice*.

☐ This case was transferred to this district by the Judicial Panel on Multidistrict Litigation ("JPML") pursuant to 28 U.S.C. § 1407 from the ______________ District of ____________________, where it was assigned case number ____________________. The attorney listed above is counsel of record in this case in the transferee district, and is permitted by the rules of the JPML to continue to represent his or her client in this district without applying for admission to practice *pro hac vice* and without the appointment of local counsel.

☐ On ______________________, the attorney listed above was granted permission to appear in this case *pro hac vice* before the Bankruptcy Court, and L.Bankr.R. 8 authorizes the continuation of that representation in this case before the District Court.

*In addition, if this is a criminal case, please check the applicable box below. The attorney listed above is:*

☐ USAO ☐ FPDO ☐ CJA Appointment ☐ Pro Bono ☐ Retained

**SECTION III - TO REMOVE AN ATTORNEY FROM THE DOCKET**

***Notices of Electronic Filing will be terminated***. *Please select one of the following options:*

☐ The attorney named above has already been relieved by the Court as counsel of record in this case and should have been removed from the docket. Date of the order relieving this attorney: ________________________.

☐ Please remove the attorney named above from the docket of this case; at least one member of the firm or agency named above, and at least one member of the Bar of this Court, will continue to serve as counsel of record for the party or parties indicated.
*(Note: if you are removing yourself from the docket of this case as a result of separating from a firm or agency, you should consult Local Rules 5-4.8.1 and 83-2.4 and Form G-06 ("Notice of Change of Attorney Business or Contact Information"), concerning your obligations to notify the Clerk and parties of changes in your business or contact information.)*

☐ The represented party has been dismissed from the case, but the attorneys are still receiving notices of electronic filing. Date party was dismissed: ________________________.

☐ The attorney named above was appointed on appeal and the appeal has been adjudicated. Date the mandate was filed: ________________________.

**SECTION IV - SIGNATURE**

I request that the Clerk update the docket as indicated above.

Date: October 27, 2026

Signature: /s/ Amy R. Fiterman

Name: Amy R. Fiterman

**USDC CD CA CASE NO. 2:26-ML-03181-JLS-E**

**USDC PRETRIAL ORDER NO. 3**
**DOCKET MANAGEMENT ORDER**
**DATED AUGUST 18, 2026**
**DOCKET NO. 57**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: BOSTON SCIENTIFIC CORPORATION SPINAL CORD STIMULATOR PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>ALL ACTIONS | Case No. 2:26-ml-03181-JLS-E<br><br>**PRETRIAL ORDER NO. 3: DOCKET MANAGEMENT ORDER** |

## I. PURPOSE

The purpose of this Order is to establish procedures governing docket management and certain filings in this multidistrict litigation in order to promote the efficient administration of these proceedings and avoid unnecessary duplication.

## II. APPLICATION OF THIS ORDER

This Order applies to all actions previously transferred to this Court by the Judicial Panel on Multidistrict Litigation (JPML), all tag-along actions subsequently transferred by the JPML, and all actions directly filed in, removed to, or otherwise assigned to this MDL, unless otherwise ordered by the Court.

## III. COORDINATION

The actions subject to this Order are coordinated for pretrial purposes pursuant to 28 U.S.C. §1407

## IV. ADMISSION OF COUNSEL

Attorneys admitted to practice and in good standing in any United States District Court shall be admitted *pro hac vice* in this litigation without need of filing an application for admission *pro hac vice* or paying the *pro hac vice* fee. The requirement that *pro hac vice* counsel retain local counsel is waived and does not apply to this MDL action. Plaintiff's counsel seeking to be admitted and appear in the MDL shall contact Plaintiff's Liaison Counsel at araso@nighgoldenberg.com for information on how to obtain ECF credentials.

## V. ECF REGISTRATION

All pleadings and other documents shall be filed electronically with the Clerk of this court. If not already registered, each attorney of record is obligated to register for electronic filing (CM/ECF) in the Central District of California. More information can be found in the Court's Local Rules and on the Court's website. All counsel shall familiarize themselves with this District's CM/ECF policies and procedures.

## VI. MASTER DOCKET AND INDIVIDUAL MEMBER DOCKETS

The Clerk of Court will maintain a master docket styled "In re: Boston Scientific Corporation Spinal Cord Stimulator Products Liability Litigation" and the case number "2:26-ml-03181." The Clerk will also maintain individual member case dockets. Unless otherwise ordered by the Court, filings shall be made in accordance with the procedures set forth below.

For now and until otherwise ordered, Counsel of record in any individual member case appearing for the first time in this MDL shall file a notice of appearance in the master docket and in the individual member case docket.[1] No additional notices of appearance should be filed in the master docket by any such counsel if additional member cases are subsequently filed by that counsel. However, counsel appearing in additional member cases shall file a notice of appearance in any such member case individual docket.

All documents filed in this action shall bear the following caption: In re: Boston Scientific Corporation Spinal Cord Stimulator Products Liability Litigation, Case No. 2:26-md-3181-JLS. followed immediately under with the words "This Document Relates to:" When a pleading or other document relates to all actions covered by this Order, the words "ALL ACTIONS" shall appear after the words: "This Document Relates to:". When a pleading or other document relates to fewer than all actions, it should list the case numbers of the actions it related to. See Section VIII below for an exemplar caption.

Pleadings, motions, or documents that relate to all actions covered by this Order shall be filed on the master docket only.

When a pleading or other document relates to fewer than all actions but has some general applicability (e.g. a motion which applies to groups of cases by state

[1] The Court is currently working to develop a more automated way of populating attorney information on the master docket, and may update this Order accordingly.

or only to bellwether cases) that warrants its filing on the master docket, the caption and separate docket number assigned by the Clerk of this Court for each individual action to which the pleading relates shall appear immediately after or below the words "This Document Relates to:". Any such filings shall be made in the master docket only.

Pleadings, motions, or documents that relate only to one or more individual member actions and have no general applicability shall not be filed on the master docket but shall be filed only in the individual member docket(s).

No individual complaint shall be filed in the master docket unless otherwise ordered by the Court. No plaintiffs' attorney shall file any documents in the master docket, other than a notice of appearance, unless authorized to do so by Co-Lead Counsel or a member of the PEC.

## VII. MEMBER CASE DOCKETS AND FILES

The Clerk of Court will maintain a separate docket and case file for each member case in this MDL, whether direct-filed in this District, or removed or transferred to this Court. Each such case will be assigned a new case number in this Court.

## VIII. CAPTION REQUIREMENTS

Documents filed on the master docket should include the following caption:

| | |
|---|---|
| IN RE: BOSTON SCIENTIFIC CORPORATION SPINAL CORD STIMULATOR PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to: | Case No. 2:26-ml-03181-JLS<br><br>TITLE |

## IX. DISCOVERY REQUESTS AND RESPONSES

Pursuant to Fed. R. Civ. P. 5(d), discovery requests and responses will not be filed with the Court except when specifically ordered by the Court or to the extent offered in connection with a motion.

## X. STATUS CONFERENCES

The Court will conduct periodic status conferences at such times and in such manner as the Court may direct. Unless otherwise ordered, the parties shall submit a Joint Status Report and Agenda one week in advance of each conference or in accordance with deadlines established by the Court.

The next status conference will be held on October 7, 2026, at 9:00 a.m., in Courtroom 8A of the Felicitas and Gonzalo Mendez United States Courthouse.

## XI. WEBSITE

The Court publishes key orders, notices, and other items of interest to an MDL webpage, which is accessible from the Central District of California's Cases of Interest webpage: https://www.cacd.uscourts.gov/newsworthy/cases-of-interest-all?field_case_name_tid=%22Boston%20Scientific%20Corp.%20Spinal%20Cord%20Stimulator%20MDL%22.

Dated: August 18, 2026

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE