**NELSON MULLINS RILEY & SCARBOROUGH LLP**
Monee Takla Hanna (SBN 259468)
monee.hanna@nelsonmullins.com
19191 South Vermont Avenue, Suite 900
Torrance, CA 90502
Telephone: 424.221.7400
Facsimile: 424.221.7499

Terri S. Reiskin (*pro hac vice)*
terri.reiskin@nelsonmullins.com
901 15th Street, NW Suite 1200
Washington, DC 20005
Telephone: 202.689.2800
Facsimile: 202.689,2860

Attorneys for Defendant
BOSTON SCIENTIFIC CORPORATION

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: BOSTON SCIENTIFIC CORPORATION SPINAL CORD STIMULATOR PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>ALL ACTIONS | Case No. 2:26-ml-03181-JLS-E<br><br>**JOINT STATUS REPORT AND PROPOSED AGENDA FOR NOVEMBER 6, 2026 STATUS CONFERENCE**<br><br>Date: November 6, 2026<br>Time: 9:00 a.m. PST |

Plaintiffs, by and through Co-Lead Counsel, Defendants Boston Scientific Corporation and Boston Scientific Neuromodulation Corporation (collectively, "BSC"), and the U.S. Food and Drug Administration ("FDA") (together, "the parties") jointly submit this status report and proposed agenda for the November 6, 2026 status conference.

**1. Case Count and Expectations for Future Filings**

There are currently 72 cases and 84 plaintiffs in the MDL. BSC proposes that Plaintiffs' leadership should be soliciting information on case inventories from known plaintiffs' counsel who have appeared in this MDL or may be planning to participate and should update the Court at this status conference and at future conferences regarding the expected numbers of future filings. Plaintiffs' leadership states that they have no update on overall expected filings from that communicated at the initial status conference but expect that the number of filings per month will increase once the SFC order is entered and as more state SOLs draw near. Plaintiffs' leadership will inform the Court if they obtain any information that changes the initial estimate, but do not believe that soliciting information on case inventories on a monthly basis will be useful.

**2. Status of Pretrial Order Regarding Master Personal Injury Complaint, Short Form Complaints, and Related Motions/Proposed Change to MTD Briefing Schedule (Proposed PTO Submitted)**

Plaintiffs and BSC submitted a proposed Pretrial Order regarding the Master Personal Injury Complaint, short form complaints, and related motion practice, which has not yet been entered. That proposed order includes briefing dates for motions to dismiss the Master Personal Injury Complaint. Now that the Master Personal Injury Complaint has been filed and BSC's counsel, including new counsel from the Faegre Drinker firm who will be taking the lead on the motion, have had some time to review

///

it, BSC would like to request additional time for filing of the motion, and has discussed a revised briefing schedule with Plaintiffs, who do not oppose the changes. Accordingly, BSC proposes that its motion to dismiss be filed on December 11, 2026, with the opposition to be filed on January 22, 2027, and reply on February 26, 2027. BSC also proposes that the briefing schedule for the motions to dismiss the Consolidated APA Complaint be moved to remain in alignment, and has confirmed that all parties, including FDA, are in agreement. If the Court approves these changes, the parties will submit revised proposed pretrial orders for both motions.

**3. Status of Pretrial Order Regarding the Form of the Short Form Complaints (Due: October 30, 2026)**

Plaintiffs and BSC are continuing to discuss the form of the Short Form Complaint, but have several areas of disagreement that may not be resolvable. If agreement is not reached, Plaintiffs and BSC will submit their positions on these issues with drafts showing the differences for the Court's consideration.

**4. Discussion of Discovery Sequencing and Plaintiff/Defendant Fact Sheets**

The Faegre Drinker firm has recently been retained as counsel for BSC in this matter and will take the lead on these issues. They are reviewing status of discussions and drafts and will shortly reach out to Plaintiffs' leadership to discuss further. Plaintiffs and BSC will update the Court no later than the December status conference as to the status of the meet and confer process and if agreement cannot be reached, understand that Magistrate Judge Donahue will address any dispute.

**5. Briefing Schedule for Motions to Dismiss in Four Multi-Manufacturer Cases (Proposed PTO Submitted)**

Counsel for Plaintiffs, BSC, Abbott, and Nevro/Globus submitted a proposed briefing schedule for motions to dismiss in *Jarrett*, No. 2:26-cv-06833 (BSC and Abbott), *Hansen*, No. 2:26-cv-04804 (BSC and Nevro/Globus), *Goodpasture*, No.

///

2:26-cv-09410 (BSC and Nevro/Globus), and *Perez*, No. 2:26-cv-09826 (BSC and Nevro/Globus), and are awaiting entry of the order.

**6. Plaintiffs' Revised Proposed Common Benefit Order**

Plaintiffs will submit a revised proposed Common Benefit Order with Participation Agreement on November 2, 2026, as the Court ordered, and will be prepared to discuss it at the status conference.

Dated: October 30, 2026

Respectfully submitted,

**NELSON MULLINS RILEY & SCARBOROUGH LLP**

By: */s/ Monee Takla Hanna*
Monee Takla Hanna
Terri S. Reiskin (*pro hac vice*)

**FAEGRE DRINKER BIDDLE & REATH LLP**
Tarifa B. Laddon (SBN 240419)
David P. Koller (SBN 328633)
1800 Century Park East, Suite 1500
Los Angeles, CA 90067
(310) 203-4000
tarifa.laddon@faegredrinker.com
david.koller@feagredrinker.com

Amy R. Fiterman (*pro hac vice*)
220 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
(612) 766-7000
amy.fiterman@faegredrinker.com

Attorneys for Defendants
**BOSTON SCIENTIFIC CORPORATION and BOSTON SCIENTIFIC NEUROMODULATION CORPORATION**

By: /s/ *Carasusana B. Wall (with permission)*

Carasusana B. Wall
**BULLOCK LEGAL GROUP LLC**
One SeaGate, Ste. 710
Toledo, OH 43604
(833) 853-4258
cara@bullocklegalgroup.com

Behram V. Parekh
SBN 180361
**WISNER BAUM LLP**
11111 Santa Monica Blvd., Suite 1750
Los Angeles, CA 90025
(310) 207-3233
bparekh@wisnerbaum.com

Adam M. Evans
**CARLSON LAW FIRM**
100 E. Central Texas Expy.
Killeen, TX 76541
(254) 526-5688
aevans@carlsonattorneys.com

**CO-LEAD PLAINTIFFS' COUNSEL**

**BRETT A. SHUMATE**
**Assistant Attorney General**

**ERIC B. BECKENHAUER**
Assistant Branch Director

By: *<u>/s/ James A. Ryan (with permission)</u>*
JAMES A. RYAN
Federal Programs Branch
Civil Division, U.S. Dept. of Justice
1100 L St. NW
Washington, DC 20005
(202) 598-5453
James.A.Ryan2@usdoj.gov

**ATTORNEYS FOR DEFENDANT U.S. FOOD AND DRUG ADMINISTRATION**

# CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and thereby served it on all counsel of record.

/s/*Monee Takla Hanna*
Monee Takla Hanna