# EXHIBIT 1

# BSC’S PROPOSED SHORT FORM COMPLAINT

DRAFT- BSC PROPOSED VERSION

Attorney First Last (CA #/Admitted PHV)
Firm Name
Address
City, State, Zip
Phone:
Fax:
Email:

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ___________________________, Plaintiff(s), v. ___________________________, Defendant(s). | Case No. ____________________________ |
| A member of MDL 3181: IN RE: BOSTON SCIENTIFIC CORPORATION SPINAL CORD STIMULATOR PRODUCTS LIABILITY LITIGATION<br><br>PERSONAL INJURY TRACK | Case No. 2:26-ml-03181-JLS-PDx<br><br>**SHORT-FORM COMPLAINT** |

Plaintiff, _____________________________________ (full name), states and brings this civil action in MDL No. 3181, entitled *In re: Boston Scientific Corporation Spinal Cord Stimulator Product Liability Litigation*. Plaintiff(s) [is/are] filing this Short-Form Complaint pursuant to CMO No. ___, entered [DATE] by this Court.

DRAFT- BSC PROPOSED VERSION

## I. PLAINTIFF(S)

1. Plaintiff is a resident and citizen of ______________________________ and claims damages as set forth below.

2. Plaintiff's spouse ________________________, is a resident and citizen of _______________________________ and claims loss of consortium damages.

3. Plaintiff brings this action:

☐ On behalf of himself/herself

☐ In a representative capacity as the _____________________________ of _____________________________________, having been duly appointed as the ________________________________ by the _______________________ Court of ___________________________.

## II. DEFENDANT(S)

4. Plaintiff(s) assert(s) claims against the following Defendant(s) in this action:

☐ Boston Scientific Corporation

☐ Boston Scientific Neuromodulation Corporation

5. Plaintiff is asserting a claim under the Administrative Procedure Act against the U.S. Food and Drug Administration, et al., and adopts the allegations in the Consolidated APA Complaint.

☐ Yes

☐ No

6. Plaintiff(s) contend(s) that additional parties may be liable or responsible for their damages alleged herein. Such additional parties and their residence and citizenship are as follows:

_____________________________________________________________________

_____________________________________________________________________

_____________________________________________________________________

DRAFT- BSC PROPOSED VERSION

## III. JURISDICTION AND VENUE

7. Federal jurisdiction is proper based on diversity of citizenship.

8. The Federal District(s) in which Plaintiff's/Injured Party's[1] trial SCS device was implanted is:___________________.

9. The Federal District(s) in which Plaintiff's/Injured Party's permanent SCS device was implanted (if different) is: _______________________

10. The Federal District(s) in which Plaintiff's/Injured Party's additional surgeries, including explant of the SCS device (if applicable) is:____________________________.

11. The designated forum (United States Court and Division, if applicable) which Plaintiff asserts is the presumptive place of remand or transfer absent direct filing in this MDL:_______________________________________.

12. Plaintiff asserts in good faith that the damages for the personal injuries experienced by Plaintiff/Injured Party that are alleged below in Paragraph 21 exceed the jurisdictional minimum of $75,000, exclusive of interest and costs.

## IV. FACTUAL ALLEGATIONS

13. On or about ____________________, Plaintiff/Injured Party had a trial SCS Device implanted.

14. The trial implantation of the SCS Device was performed by ____________________ at _________________________________________, in _________________ [City/State].

**Commented [TR1]:** Issue I: In questions 14, 16, and 19, Plaintiffs object to providing information about the provider and facility involved in the procedure.

15. On or about _____________________, Plaintiff/Injured Party was permanently implanted with an SCS device.

16. The implantation of the permanent SCS device was performed by __________________________________ at

[1] "Injured Party" refers to the person who received the SCS device if this action is being brought in a representative capacity.

DRAFT- BSC PROPOSED VERSION

_______________________________________________, in ________________ [City/State].

17. The permanent SCS Device implanted in Plaintiff/Injured Party that is alleged to have caused injury is as follows:

☐ Precision Spinal Cord Stimulator System

☐ Precision Plus SCS System

☐ Precision Spectra SCS System

☐ Precision Novi SCS System

☐ Precision Montage MRI SCS System

☐ Spectra WaveWriter SCS System

☐ WaveWriter Alpha SCS System

☐ WaveWriter Alpha Prime SCS System

~~☐ Other: ______________________________~~

Commented [TR2]: Issue IV: Plaintiffs want to allow "other" as an option; BSC does not.

18. To the extent available, the model number and serial number of the SCS Device identified above are:

Model Number:________________________

Serial Number:_________________________

To the extent available, the leads used with the SCS system identified above were:

Model Number:___________________

Serial Number:____________________

19. [If applicable] Plaintiff/Injured Party underwent additional procedures relating to the SCS Device identified above as follows:

☐ Revision that occurred on or about __________________________ and was performed by ___________________________ at ________________________________, in _______________________ [City/State].

To the extent the information is available, the following components were explanted or replaced during the Revision listed above:

DRAFT- BSC PROPOSED VERSION

☐ IPG

☐ Leads

☐ Battery replacement

☐ Other (specify) ________________________________

☐ Complete Explant that occurred on or about _________________________ and was performed by _______________________________ at ______________________________ in ________________________ [City/State].

**[Repeat Question 19 if more than one revision occurred.]**

20. [Or] The SCS Device identified above **[specify which one if more than one was identified above]** remains implanted in Plaintiff/Injured Party as of the date of this Short Form Complaint and ☐ is ☐ is not still in use by Plaintiff for pain management.

**[If Plaintiff/Injured Party had more than one BSC SCS Device implanted, repeat the allegations in Paragraphs 13 through 20 for each device and insert here.]**

21. Plaintiff/Injured Party suffered the following complications, injuries, and damages as a result of his/her use of the SCS Device(s):

[ ] Lead Migration

[ ] Undesirable stimulation

[ ] Burns

[ ] Lead Breakage

[ ] Battery Failure (specify problem if known ________________________)

[ ] Numbness

[ ] Paralysis

[ ] Dysphagia

[ ] Urinary Incontinence

[ ] Bowel Incontinence

[ ] Gastroparesis

**Commented [TR3]:** Issue II: BSC submits that this is a reasonable list of known complications and alleged injuries that are sufficient specific to be understood, with "other" available if plaintiff has additional items to assert. Plaintiffs want to divide this question into two and add vague or unverified items.

DRAFT- BSC PROPOSED VERSION

[ ] Ineffective pain control

[ ] Other: ___________________________________

## V. BOSTON SCIENTIFIC FIELD REPRESENTATIVES

22. The following Boston Scientific field representative(s) interacted with Plaintiff/Injured Party and/or reprogrammed Plaintiff's SCS Device: __________________________________________________________

23. Plaintiff/Injured Party communicated with the Boston Scientific field representatives through the following methods:

☐ In person

☐ By telephone

☐ By text message

☐ Messaging service, specifically _______________ (identify which messaging service was used).

☐ Portal/Application, specifically ______________________ (identify which one(s) were used).

☐ E-mail

☐ Other (specify)

24. Plaintiff alleges that a Boston Scientific field representative was present for and involved in:

☐ SCS Device trial implantation

☐ SCS Device permanent implantation

☐ Reprogramming the SCS Device

25. Plaintiff/Injured Party alleges that the following false, fraudulent, or misleading representations or misrepresentations were made to him/her by a Boston Scientific Field Representative (describe):

______________________________________________________________________

______________________________________________________________________

**Commented [TR4]:** Issue III: BSC asserts this should be filled in by plaintiffs to reflect specifically what they allege. Plaintiffs want a checklist.

DRAFT- BSC PROPOSED VERSION

_______________________________________________________________.

## VI. CAUSES OF ACTION

26. Plaintiff adopts the factual and jurisdictional allegations of the Master Personal Injury Complaint filed on October 23, 2026, and all amendments to the Master Personal Injury Complaint.

27. Notwithstanding the foregoing, Plaintiff does not adopt the following paragraphs of the Master Personal Injury Complaint: ________________________ _________________________________________________.

28. Notwithstanding the foregoing, Plaintiff additionally alleges that: _________________________________________________________.

29. Plaintiff adopts by reference the following claims and allegations asserted in the Master Personal Injury Complaint:

☐ Count I – Strict Liability – Design Defect

Specific applicable state common law and statutory law: ________________

☐ Count II – Strict Liability – Manufacturing Defect

Specific applicable state common law and statutory law:________________

☐ Count III – Strict Liability – Failure to Warn

Specific applicable state common law and statutory law:________________

☐ Count IV – Negligence – Design Defect

Specific applicable state common law and statutory law:________________

☐ Count V – Negligence – Manufacturing Defect

Specific applicable state common law and statutory law:________________

☐ Count VI – Negligence – Failure to Warn

Specific applicable state common law and statutory law:________________

☐ Count VII – Breach of Express Warranty

Specific applicable state common law and statutory law:________________

☐ Count VIII – Negligence

DRAFT- BSC PROPOSED VERSION

Specific applicable state common law and statutory law:________________

☐ Count IX – Breach of Implied Warranty

Specific applicable state common law and statutory law:________________

☐ Count X – Negligent Undertaking

Specific applicable state common law and statutory law:________________

☐ Count XI – Negligence Per Se (Unauthorized Practice of Medicine)

Specific applicable state common law and statutory law:________________

☐ Count XII – Negligence Per Se (Failure to Make Required Reports)

Specific applicable state common law and statutory law:________________

☐ Count XIII – Negligent Misrepresentation

Specific applicable state common law and statutory law:________________

☐ Count XIV – Fraudulent Misrepresentation

Specific applicable state common law and statutory law:________________

☐ Count XV – Fraudulent Concealment

Specific applicable state common law and statutory law:________________

☐ Count XVI – Vicarious Liability

Specific applicable state common law and statutory law:________________

☐ Count XVII – Negligence (Corporate)

Specific applicable state common law and statutory law:________________

☐ Count XVIII – Negligent Hiring

Specific applicable state common law and statutory law:________________

☐ Count XIX – Negligent Training

Specific applicable state common law and statutory law:________________

☐ Count XX – Negligent Supervision

Specific applicable state common law and statutory law:________________

☐ Count XXI – Negligent Retention

Specific applicable state common law and statutory law:________________

DRAFT- BSC PROPOSED VERSION

☐ Count XXII – Violation of Consumer Protection Law and/or Unfair and Deceptive Trade Practices

Specific applicable state common law and statutory law:________________

☐ Count XXIII – Unjust Enrichment

Specific applicable state common law and statutory law:________________

☐ Count XXIV – Wrongful Death

Specific applicable state common law and statutory law:_______________

☐ Count XXV – Survival Action

Specific applicable state common law and statutory law:_______________

☐ Count XXVI – Loss of Consortium

Specific applicable state common law and statutory law:_______________

☐ Count XXVII – Punitive Damages Allegations

Specific applicable state common law and statutory law:_______________

30. In addition to the above, Plaintiff(s) assert the following additional causes of action under the indicated applicable state law:_______________________________________________________________

_______________________________________________________________

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff(s) pray(s) for relief and judgment against Defendants as follows:

1. For compensatory damages;
2. Exemplary or punitive damages;
3. Pre-and post-judgment interest (if applicable);
4. Statutory damages and relief under applicable state laws;
5. Costs and expenses of this litigation;
6. Reasonable attorneys' fees and costs as provided by applicable law;
7. Injunctive and Declaratory relief as applicable under state law; and
8. All other relief as the Court deems necessary, just, and proper.

DRAFT- BSC PROPOSED VERSION

**JURY DEMAND**

Pursuant to Fed. R. Civ. P. 38(b), Plaintiff(s) hereby demand(s) a trial by jury as to all claims so triable.

Dated: _____________ Respectfully submitted,

[INSERT COUNSEL]

By: _____________________________________

DRAFT- BSC PROPOSED VERSION