# EXHIBIT 2

# PLAINTIFFS' DRAFT PROPOSED SHORT FORM COMPLAINT

DRAFT

Attorney First Last (CA #/Admitted PHV)
Firm Name
Address
City, State, Zip
Phone:
Fax:
Email:

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ________________________, Plaintiffs, v. ________________________, Defendants. | Case No. ________________________ |
| A member of MDL 3181: IN RE: BOSTON SCIENTIFIC CORPORATION SPINAL CORD STIMULATOR PRODUCTS LIABILITY LITIGATION | Case No. 2:26-ml-03181-JLS-PDx **SHORT-FORM COMPLAINT** |

Plaintiff, ______________________________ (full name), states and brings this civil action in MDL No. 3181, entitled *In re: Boston Scientific Corporation Spinal Cord Stimulator Product Liability Litigation*. Plaintiff(s) [is/are] filing this Short-Form Complaint pursuant to CMO No. ___, entered [DATE] by this Court.

## I. PLAINTIFF(S)

1. Plaintiff is a resident and citizen of ______________________________ and claims damages as set forth below.

2. Plaintiff's spouse ________________________, is a resident and citizen of ______________________________ and claims loss of consortium damages.

3. Plaintiff brings this action:

☐ On behalf of himself/herself

☐ In a representative capacity as the _____________________________ of ____________________________________.. having been duly appointed as the ________________________________ by the _______________________ Court of ___________________________.

## II. DEFENDANT(S)

4. Plaintiff(s) assert(s) claims against the following Defendant(s) in this action:

☐ Boston Scientific Corporation

☐ Boston Scientific Neuromodulation Corporation

5. Plaintiff is asserting a claim under the Administrative Procedure Act against the U.S. Food and Drug Administration and adopts the allegations in the Consolidated APA Complaint.

☐ Yes

☐ No

6. Plaintiff(s) contend(s) that additional parties may be liable or responsible for their damages alleged herein. Such additional parties and their residence and citizenship are as follows:

____________________________________________________________

____________________________________________________________

____________________________________________________________

## III. JURISDICTION AND VENUE

7. Federal jurisdiction is proper based on diversity of citizenship.

8. The Federal District(s) in which Plaintiff's/Injured Party's[1] trial SCS device was implanted is:__________________.

9. The Federal District(s) in which Plaintiff's/Injured Party's permanent SCS device was implanted (if different) is: ______________________

10. The Federal District(s) in which Plaintiff's/Injured Party's additional surgeries, including explant of the SCS device (if applicable) is:__________________________.

11. The designated forum (United States Court and Division, if applicable) which Plaintiff asserts is the presumptive place of remand or transfer absent direct filing in this MDL:_____________________________________.

12. Plaintiff asserts in good faith that the damages for the personal injuries experienced by Plaintiff/Injured Party that are alleged below in Paragraph 22 exceed the jurisdictional minimum of $75,000, exclusive of interest and costs.

## IV. FACTUAL ALLEGATIONS

13. On or about ___________________, Plaintiff/Injured Party had a trial SCS Device implanted.

14. The trial implantation of the SCS Device was performed in ___________________ [City/State].

15. On or about ____________________, Plaintiff/Injured Party was permanently implanted with an SCS device.

16. The implantation of the permanent SCS device was performed in________________________________ [City/State].

---

[1] "Injured Party" refers to the person who received the SCS device if this action is being brought in a representative capacity.

17. The permanent SCS Device implanted in Plaintiff/Injured Party that is alleged to have caused injury is as follows:

☐ Precision Spinal Cord Stimulator System

☐ Precision Plus SCS System

☐ Precision Spectra SCS System

☐ Precision Novi SCS System

☐ Precision Montage MRI SCS System

☐ Spectra WaveWriter SCS System

☐ WaveWriter Alpha SCS System

☐ WaveWriter Alpha Prime SCS System

☐ Other: ______________________________

18. To the extent available, the model number and serial number of the SCS Device identified above are:

Model Number:_________________________

Serial Number:__________________________

To the extent available, the leads used with the SCS system identified above were: Model Number:___________________

Serial Number:____________________

19. If applicable, Plaintiff/Injured Party underwent additional procedures relating to the SCS Device identified above as follows:

☐ Revision(s) that occurred on or about ___________________________ and was performed in ____________________________ [City/State}.

To the extent the information is available, the following components were explanted or replaced during the Revision(s) listed above:

☐ IPG

☐ Leads

☐ Battery replacement

☐ Other (specify) _________________________________

☐ Complete Explant that occurred on or about ______________________ and was performed in ______________________ [City/State].

**[Repeat Question 19 if more than one revision occurred.]**

20. [Or] The SCS Device identified above **[specify which one if more than one was identified above]** remains implanted in Plaintiff/Injured Party as of the date of this Short Form Complaint and ☐ is ☐ is not still in use by Plaintiff for pain management.

**[If Plaintiff/Injured Party had more than one BSC SCS Device implanted, repeat the relevant allegations in Paragraphs 13 through 21 for each device and insert here.]**

21. Plaintiff/Injured Party suffered the following device complications damages as a result of his/her use of the SCS Device(s):

[ ] Total Device Failure

[ ] Inconsistent Therapeutic Treatment

[ ] Lead/Device Migration

[ ] Lead Breakage

[ ] Lead Insulation Failure

[ ] Battery Failure (may include leakage, overheating, or other battery related problems)

[ ] Undesirable/Excessive stimulation

22. Plaintiff/Injured Party suffered the following injuries and damages as a result of his/her use of the SCS Device(s):

[ ] Exacerbation of Pain

[ ] Ineffective pain control

[ ] Burns

[ ] Shocks

[ ] Syncope

[ ] Paresthesia

[ ] Nerve Pain

[ ] Numbness

[ ] Paralysis

[ ] Dysphagia

[ ] Urinary Retention

[ ] Urinary Incontinence

[ ] Bowel Incontinence

[ ] Gastroparesis

[ ] Cardiac Arrythmia

[ ] Other: ________________________________

## V. BOSTON SCIENTIFIC FIELD REPRESENTATIVES

23. To the extent available, the following Boston Scientific field representative(s) interacted with Plaintiff/Injured Party and/or reprogrammed Plaintiff's SCS Device:

______________________________________________________

24. Plaintiff/Injured Party communicated with the Boston Scientific field representatives through the following methods:

☐ In person

☐ By telephone

☐ By text message

☐ Messaging service, specifically ______________ (identify which messaging service was used).

☐ Portal/Application, specifically _____________________ (identify which one(s) were used).

☐ E-mail

☐ Other (specify)

25. Plaintiff alleges that a Boston Scientific field representative was present for and involved in:

☐ SCS Device trial implantation

☐ SCS Device permanent implantation

☐ Reprogramming the SCS Device

26. Plaintiff/Injured Party alleges that the following false, fraudulent, or misleading representations or misrepresentations were made to him/her by a Boston Scientific Field Representative:

[ ] The SCS Device would provide reliable, long-term pain relief, and stimulation was safe and localized.

[ ] Quantified the promised efficacy.

[ ] The permanent SCS Device would result in pain relief equivalent to the relief obtained during the external trial.

[ ] The permanent SCS Device would result in pain relief greater than the relief obtained during the external trial.

[ ] The SCS Device was uniquely suited to provide the patient with long-term pain relief and was supported by clinical data.

[ ] The SCS Device would provide better pain relief than other treatment modalities.

[ ] The patient would be pain-free with SCS Device.

[ ] The patient would get pain relief once the sales representative found the right programming settings.

[ ] That inadequate relief or side effects simply meant the device needed reprogramming.

[ ] That side effects listed in the FDA-approved labeling are not known to be caused by the SCS Device and/or that those side effects being experienced could not be coming from the device.

[ ] The patient's symptoms had other causes, including that the sensations were imagined or psychosomatic.

[ ] Downplayed the severity of the patients' injuries.

[ ] Other:______________________________________________

________________________________________________________

________________________________________________________

________________________________________________________

## VI. CAUSES OF ACTION

27. Plaintiff adopts the factual and jurisdictional allegations of the Master Personal Injury Complaint filed on October 23, 2026, and all amendments to the Master Personal Injury Complaint.

28. Notwithstanding the foregoing, Plaintiff does not adopt the following paragraphs of the Master Personal Injury Complaint: __________________________ ___________.

29. Notwithstanding the foregoing, Plaintiff additionally alleges that:

____________________________________________________________

30. Plaintiff adopts by reference the following claims and allegations asserted in the Master Complaint:

☐ Count I – Strict Liability – Design Defect

Specific applicable state common law and statutory law: ________________

☐ Count II – Strict Liability – Manufacturing Defect

Specific applicable state common law and statutory law:___________

☐ Count III – Strict Liability – Failure to Warn

Specific applicable state common law and statutory law:___________

☐ Count IV – Negligence – Design Defect

Specific applicable state common law and statutory law:___________

☐ Count V – Negligence – Manufacturing Defect

Specific applicable state common law and statutory law:___________

☐ Count VI – Negligence – Failure to Warn

Specific applicable state common law and statutory law:___________

☐ Count VII – Breach of Express Warranty

Specific applicable state common law and statutory law:___________

☐ Count VIII – Negligence

Specific applicable state common law and statutory law:___________

☐ Count IX – Breach of Implied Warranty

Specific applicable state common law and statutory law:___________

☐ Count X – Negligent Undertaking

Specific applicable state common law and statutory law:___________

☐ Count XI – Negligence Per Se (Unauthorized Practice of Medicine)

Specific applicable state common law and statutory law:___________

☐ Count XII – Negligence Per Se (Failure to Make Required Reports)

Specific applicable state common law and statutory law:___________

☐ Count XIII – Negligent Misrepresentation

Specific applicable state common law and statutory law:___________

☐ Count XIV – Fraudulent Misrepresentation

Specific applicable state common law and statutory law:___________

☐ Count XV – Fraudulent Concealment

Specific applicable state common law and statutory law:___________

☐ Count XVI – Vicarious Liability

Specific applicable state common law and statutory law:___________

☐ Count XVII – Negligence (Corporate)

Specific applicable state common law and statutory law:___________

☐ Count XVIII – Negligent Hiring

Specific applicable state common law and statutory law:___________

☐ Count XIX – Negligent Training

Specific applicable state common law and statutory law:___________

☐ Count XX – Negligent Supervision

Specific applicable state common law and statutory law:___________

☐ Count XXI – Negligent Retention

Specific applicable state common law and statutory law:___________

☐ Count XXII – Violation of Consumer Protection Law and/or Unfair and Deceptive Trade Practices

Specific applicable state common law and statutory law:___________

☐ Count XXIII – Unjust Enrichment

Specific applicable state common law and statutory law:___________

☐ Count XXIV – Wrongful Death

Specific applicable state common law and statutory law:___________

☐ Count XXV – Survival Action

Specific applicable state common law and statutory law:___________

☐ Count XXVI – Loss of Consortium

Specific applicable state common law and statutory law:___________

☐ Count XXVII – Punitive Damages Allegations

Specific applicable state common law and statutory law:___________

31. In addition to the above, Plaintiff(s) assert the following additional causes of action under the indicated applicable state law:________________________________________________________________

________________________________________________________________

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff(s) pray(s) for relief and judgment against Defendants as follows:

1. For compensatory damages;
2. Exemplary or punitive damages;

3. Pre-and post-judgment interest (if applicable);

4. Statutory damages and relief under applicable state laws;

5. Costs and expenses of this litigation;

6. Reasonable attorneys' fees and costs as provided by applicable law;

7. Injunctive and Declaratory relief as applicable under state law; and

8. All other relief as the Court deems necessary, just, and proper.

## **JURY DEMAND**

Pursuant to Fed. R. Civ. P. 38(b), Plaintiff(s) hereby demand(s) a trial by jury as to all claims so triable.

Dated: ______

Respectfully submitted,

[INSERT COUNSEL]

By: ______________________________