Behram V. Parekh (SBN 180361)
WISNER BAUM LLP
11111 Santa Monica Blvd., Suite 1750
Los Angeles, CA 90025
(310) 207-3233
bparekh@wisnerbaum.com

Adam Evans (*pro hac vice*)
CARLSON LAW FIRM
100 E. Central Texas Expy
Killeen, TX 76541
(800) 359-5690
aevans@carlsonattorneys.com

Carasusana Wall (*pro hac vice*)
BULLOCK LEGAL GROUP
One Seagate, 550 N Summit St, Ste. 710
Toledo, OH 43604
(833) 853-4258
cara@bullocklegalgroup.com

*Co-Lead Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>BOSTON SCIENTIFIC CORPORATION SPINAL CORD STIMULATOR PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | MDL NO. 3181<br><br>**NOTICE OF LODGING OF PROPOSED COMMON BENEFIT ORDER** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that pursuant to the Court's Direction at the October 7, 2026, Case Management Conference, the Plaintiffs hereby lodge with the Court the attached Proposed Common Benefit Order, submitted for the Court's consideration and entry.

Dated: November 2, 2026 Respectfully submitted,

By: */s/Behram V. Parekh*

Behram V. Parekh (SBN 180361)
WISNER BAUM LLP
11111 Santa Monica Blvd., Suite 1750
Los Angeles, CA 90025
(310) 207-3233
bparekh@wisnerbaum.com

Adam Evans (*pro hac vice*)
CARLSON LAW FIRM
100 E. Central Texas Expy
Killeen, TX 76541
(800) 359-5690
aevans@carlsonattorneys.com

Carasusana Wall (*pro hac vice*)
BULLOCK LEGAL GROUP
One Seagate, 550 N Summit St, Ste. 710
Toledo, OH 43604
(833) 853-4258
cara@bullocklegalgroup.com

*Co-Lead Counsel for Plaintiffs*

## TO CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and thereby served it on all counsel of record.

*/s/Behram V. Parekh*
Behram V. Parekh