UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | MDL 26-03181-JLS-(Ex) | Date | November 6, 2026 |
| Title | In Re Boston Scientific Corporation Spinal Cord Stimulator Products Liability Litigation | | |

PRESENT: **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

Kelly Davis
Courtroom Deputy Clerk

Amy Diaz
Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:

Behram Parekh
Adam Evans
Carasusana Wall
Ashleigh Raso
Moze Cowper
Richard Hood
Trevor Rockstad
Holly Nighbert
Alanna Austin

ATTORNEYS PRESENT FOR DEFENDANT:

Terri Reiskin
Ruth Shnider
Tarifa Bell
Amy Fiterman
James Ryan, USDOJ
Amy Laurendeau
Randall Christian

**PROCEEDINGS: ZOOM Status Conference (Held and Completed)**

The case is called and counsel state their appearance. Court and counsel confer. The Status Conference is held. Counsel shall comply with all deadlines and dates as stated on the record.

____:___60___

Initials of Clerk: kd