**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: BOSTON SCIENTIFIC CORPORATION SPINAL CORD STIMULATOR PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>*Jarrett v. BSC, et al.*, No. 2:26-cv-06833<br><br>*Hansen v. BSC, et al.*, No. 2:26-cv-04804<br><br>*Goodpasture v. BSC, et al.*, No. 2:26-cv-09410<br><br>*Perez v. BSC, et al.*, No. 2:26-cv-09826 | Case No. 2:26-ml-03181-JLS-E<br><br>**PRETRIAL ORDER NO. 7 SETTING BRIEFING SCHEDULE FOR MOTIONS TO DISMISS IN *JARRETT*, *HANSEN*, *GOODPASTURE*, AND *PEREZ* (DOC. 86)** |

1. At the October 7, 2026 and November 6, 2026 status conferences, the Court discussed an expedited motion to dismiss briefing schedule for certain actions in this MDL with multiple manufacturer defendants. Specifically, at the October 7, 2026 status conference, counsel for Boston Scientific proposed "short, easy, on-the-face-of the complaint motions to dismiss purely on statute of limitations grounds" in four individual cases, so that the Court could decide whether multi-manufacturer defendant cases needed to stay in this MDL or be transferred to the other manufacturers' MDLs. (October 7 Tr. at 22, Doc. 88.) The Court agreed, and the parties have met and conferred, and proposed the below briefing schedule for those motions to dismiss. (Doc. 86.)

2. Accordingly, and pursuant to Pretrial Order No. 6 (Doc. 81) permitting Defendants to file motions to dismiss on statute of limitations grounds in *Jarrett v. Boston Scientific Corporation, et al*, 26-6833; *Hansen v. Boston Scientific Corporation et al*, 26-4804; *Goodpasture v. Boston Scientific Corporation et al*, 26-9410; *Perez v. Boston Scientific Corporation et al*, 26-9826; the Court ORDERS that the following schedule shall govern the filing of any such motions:

| **Event** | **Deadline / Date** |
|---|---|
| Deadline for Defendants to file motions to dismiss | December 4, 2026 |
| Deadline for oppositions to motions to dismiss | January 15, 2027 |
| Deadline for reply briefs on motions to dismiss | February 5, 2027 |

Dated: November 6, 2026

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE