**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: BOSTON SCIENTIFIC CORPORATION SPINAL CORD STIMULATOR PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>ALL ACTIONS<br><br>APA Track | Case No. 2:26-ml-03181-JLS-PDx<br><br>**AMENDMENT TO PRETRIAL ORDER NO. 5 RE: CONSOLIDATED APA CLAIM COMPLAINT (DOC. 68)** |

Upon the stipulated request of all parties, Pretrial Order No. 5 (Doc. 68) is hereby amended as follows:

The dates for motion practice with respect to the Consolidated APA Complaint as set forth in paragraph 6 of Pretrial Order No. 5 are hereby modified as follows:

a. Motions to dismiss by FDA and BSC shall be filed by December 11, 2026;
b. Plaintiffs' oppositions shall be filed by January 22, 2027; and
c. Replies shall be filed by February 26, 2027.

FDA and BSC shall set the hearing on the motions for an available date on the Court's calendar. The motions shall be heard promptly, but no earlier than March 19, 2027.

All other provisions of Pretrial Order No. 5 remain in effect.

Dated: November 16, 2026

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE