**Attorney First Last (CA #/Admitted) PHV)**
**Firm Name**
**Address**
**City, State, Zip**
**Phone:**
**Fax:**
**Email:**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ___________________________, Plaintiffs,<br>v.<br>___________________________, Defendants. | Case No. ___________________________ |
| A member of MDL 3181:<br>IN RE: BOSTON SCIENTIFIC CORPORATION SPINAL CORD STIMULATOR PRODUCTS LIABILITY LITIGATION<br>Personal Injury Track | Case No. 2:26-ml-03181-JLS-PDx<br>**SHORT-FORM COMPLAINT** |

Plaintiff, ____________________________________[full name], states and brings this civil action in MDL No. 3181, entitled *In re: Boston Scientific Corporation Spinal Cord Stimulator Product Liability Litigation*. Plaintiff(s) **[is/are]** filing this Short-Form Complaint pursuant to Pretrial Order No. 8, entered by this Court.

## I. PLAINTIFF(S)

1. Plaintiff is a resident and citizen of ______________________________, and claims damages as set forth below.

2. Plaintiff's spouse ________________________, is a resident and citizen of ________________________________ and claims loss of consortium damages.

3. Plaintiff brings this action:

☐ On behalf of himself/herself

☐ In a representative capacity as the _____________________________ of _____________________________________, having been duly appointed as the ________________________________ by the _____________________________ Court of ___________________________.

## II. DEFENDANT(S)

4. Plaintiff(s) assert(s) claims against the following Defendant(s) in this action:

☐ Boston Scientific Corporation

☐ Boston Scientific Neuromodulation Corporation

5. Plaintiff is asserting a claim under the Administrative Procedure Act against the U.S. Food and Drug Administration and adopts the allegations in the Consolidated APA Complaint.

☐ Yes

☐ No

6. Plaintiff(s) contend(s) that additional parties may be liable or responsible for their damages alleged herein. Such additional parties and their residence and citizenship are as follows:

________________________________________________________________________

________________________________________________________________________

________________________________________________________________________

## III. JURISDICTION AND VENUE

7. Federal jurisdiction is proper based on diversity of citizenship.

8. The Federal District(s) in which Plaintiff's/Injured Party's[1] trial SCS device was implanted is:__________________________.

9. The Federal District(s) in which Plaintiff's/Injured Party's permanent SCS device was implanted (if different) is: __________________________.

10. The Federal District(s) in which Plaintiff's/Injured Party's additional surgeries occurred, including explant of the SCS device (if applicable) is: __________________________.

11. The designated forum (United States Court and Division, if applicable) which Plaintiff asserts is the presumptive place of remand or transfer absent direct filing in this MDL: ________________________________________.

12. Plaintiff asserts in good faith that the damages for the personal injuries experienced by Plaintiff/Injured Party that are alleged below in Paragraph 22 exceed the jurisdictional minimum of $75,000, exclusive of interest and costs.

## IV. FACTUAL ALLEGATIONS

13. On or about _____________________, Plaintiff/Injured Party had a trial SCS Device implanted.

14. The trial implantation of the SCS Device was performed in __________________________________ [City/State].

15. On or about ______________________, Plaintiff/Injured Party was permanently implanted with an SCS device.

16. The implantation of the permanent SCS device was performed in ___________________________________ [City/State].

[1] "Injured Party" refers to the person who received the SCS device if this action is being brought in a representative capacity.

17. The permanent SCS Device implanted in Plaintiff/Injured Party that is alleged to have caused injury is as follows:

☐ Precision Spinal Cord Stimulator System

☐ Precision Plus SCS System

☐ Precision Spectra SCS System

☐ Precision Novi SCS System

☐ Precision Montage MRI SCS System

☐ Spectra WaveWriter SCS System

☐ WaveWriter Alpha SCS System

☐ WaveWriter Alpha Prime SCS System

☐ Other Device **[Must Specify]**:

______________________________________________________

18. To the extent available, the model number and serial number of the SCS Device identified above are:

Model Number:________________________

Serial Number:________________________

To the extent available, the leads used with the SCS system identified above were:

Model Number:___________________

Serial Number:____________________

19. **[If applicable]** Plaintiff/Injured Party underwent additional procedures relating to the SCS Device identified above as follows:

☐ Revision that occurred on or about __________________________ and was performed in _________________________________ [City/State].

To the extent the information is available, the following components were explanted or replaced during the Revision listed above:

☐ IPG

☐ Leads

☐ Battery replacement

☐ Other (specify) ________________________________

☐ Complete Explant that occurred on or about ________________________ and was performed in_____________________________ [City/State].

**[Repeat Question 19 if more than one revision occurred.]**

20. **[Or]** The SCS Device identified above **[specify which one if more than one was identified above]** _____________________________ remains implanted in Plaintiff/Injured Party as of the date of this Short Form Complaint and ☐ **is** ☐ **is not** still in use by Plaintiff for pain management.

**[If Plaintiff/Injured Party had more than one BSC SCS Device implanted, repeat the relevant allegations in Paragraphs 13 through 20 for each device and insert here.]**

21. Plaintiff/Injured Party suffered the following device complications as a result of his/her use of the SCS Device(s):

☐ Total Device Failure

☐ Inconsistent Therapeutic Treatment

☐ Lead/Device Migration

☐ Lead Breakage

☐ Lead Insulation Failure

☐ Battery Failure (may include leakage, overheating, or other battery related problems)

☐ Undesirable/Excessive stimulation

22. Plaintiff/Injured Party suffered the following injuries and damages as a result of his/her use of the SCS Device(s):

☐ Exacerbation of Pain

☐ Ineffective pain control

☐ Burns

- ☐ Shocks
- ☐ Syncope
- ☐ Paresthesia
- ☐ Nerve Pain
- ☐ Numbness
- ☐ Paralysis
- ☐ Dysphagia
- ☐ Urinary Retention
- ☐ Urinary Incontinence
- ☐ Bowel Incontinence
- ☐ Gastroparesis
- ☐ Cardiac Arrythmia
- ☐ Other (specify): ________________________________________

________________________________________________________________

## V. BOSTON SCIENTIFIC FIELD REPRESENTATIVES

23. To the extent available, the following Boston Scientific field representative(s) interacted with Plaintiff/Injured Party and/or reprogrammed Plaintiff's SCS Device:

________________________________________________________________

________________________________________________________________

24. Plaintiff/Injured Party communicated with the Boston Scientific field representatives through the following methods:

- ☐ In person
- ☐ By telephone
- ☐ By text message
- ☐ Messaging service, specifically ____________________(identify which messaging service was used).

- ☐ Portal/Application, specifically ____________________(identify which one(s) were used).
- ☐ E-mail
- ☐ Other (specify): ____________________________________________

25. Plaintiff alleges that a Boston Scientific field representative was present for and involved in:

- ☐ SCS Device trial implantation
- ☐ SCS Device permanent implantation
- ☐ Reprogramming the SCS Device

26. Plaintiff/Injured Party alleges that the following false, fraudulent, or misleading representations or misrepresentations were made to him/her by a Boston Scientific Field Representative:

- ☐ The SCS Device would provide reliable, long-term pain relief, and stimulation was safe localized.
- ☐ Quantified the promised efficacy.
- ☐ The permanent SCS Device would result in pain relief equivalent to the relief obtained during the external trial.
- ☐ The permanent SCS Device would result in pain relief greater than the relief obtained during the external trial.
- ☐ The SCS Device was uniquely suited to provide the patient with long-term pain relief and was supported by clinical data.
- ☐ The SCS Device would provide better pain relief than other treatment modalities.
- ☐ The patient would be pain-free with SCS Device.
- ☐ The patient would get pain relief once the sales representative found the right programming settings.

☐ That inadequate relief or side effects simply meant the device needed reprogramming.

☐ That side effects listed in the FDA-approved labeling are not known to be caused by the SCS Device and/or that those side effects being experienced could not be coming from the device.

☐ The patient's symptoms had other causes, including that the sensations were imagined or psychosomatic.

☐ Downplayed the severity of the patients' injuries.

☐ Other (identify all other representations or misrepresentations): ______________________________________________________________________
______________________________________________________________________
______________________________________________________________________

## VI. CAUSES OF ACTION

27. Plaintiff adopts the factual and jurisdictional allegations of the Master Personal Injury Complaint filed on October 23, 2026, and all amendments to the Master Personal Injury Complaint.

28. Notwithstanding the foregoing, Plaintiff does not adopt the following paragraphs of the Master Personal Injury Complaint: ______________________________________________________________.

29. Notwithstanding the foregoing, Plaintiff additionally alleges that: ______________________________________________________________________
______________________________________________________________________.

30. Plaintiff adopts by reference the following claims and allegations asserted in the Master Complaint:

☐ **Count I – Strict Liability – Design Defect**

Specific applicable state common law and statutory law:____________

______________________________________________________

☐ **Count II – Strict Liability – Manufacturing Defect**

Specific applicable state common law and statutory law:____________

______________________________________________________

☐ **Count III – Strict Liability – Failure to Warn**

Specific applicable state common law and statutory law:____________

______________________________________________________

☐ **Count IV – Negligence – Design Defect**

Specific applicable state common law and statutory law:____________

______________________________________________________

☐ **Count V – Negligence – Manufacturing Defect**

Specific applicable state common law and statutory law:

______________________________________________________

☐ **Count VI – Negligence – Failure to Warn**

Specific applicable state common law and statutory law:____________

______________________________________________________

☐ **Count VII – Breach of Express Warranty**

Specific applicable state common law and statutory law:____________

______________________________________________________

☐ **Count VIII – Negligence**

Specific applicable state common law and statutory law:____________

______________________________________________________

☐ **Count IX – Breach of Implied Warranty**

Specific applicable state common law and statutory law:____________

______________________________________________________

☐ **Count X – Negligent Undertaking**

Specific applicable state common law and statutory law:____________

______________________________________________________

☐ **Count XI – Negligence Per Se (Unauthorized Practice of Medicine)**

Specific applicable state common law and statutory law:____________

____________________________________________

☐ **Count XII – Negligence Per Se (Failure to Make Required Reports)**

Specific applicable state common law and statutory law:____________

____________________________________________

☐ **Count XIII – Negligent Misrepresentation**

Specific applicable state common law and statutory law:____________

____________________________________________

☐ **Count XIV – Fraudulent Misrepresentation**

Specific applicable state common law and statutory law:____________

____________________________________________

☐ **Count XV – Fraudulent Concealment**

Specific applicable state common law and statutory law:____________

____________________________________________

☐ **Count XVI – Vicarious Liability**

Specific applicable state common law and statutory law:____________

____________________________________________

☐ **Count XVII – Negligence (Corporate)**

Specific applicable state common law and statutory law:____________

____________________________________________

☐ **Count XVIII – Negligent Hiring**

Specific applicable state common law and statutory law:____________

____________________________________________

☐ **Count XIX – Negligent Training**

Specific applicable state common law and statutory law:____________

____________________________________________

☐ **Count XX – Negligent Supervision**

Specific applicable state common law and statutory law:____________

______________________________________________________________

☐ **Count XXI – Negligent Retention**

Specific applicable state common law and statutory law:____________

______________________________________________________________

☐ **Count XXII – Violation of Consumer Protection Law and/or Unfair and Deceptive Trade Practices**

Specific applicable state common law and statutory law:____________

______________________________________________________________

☐ **Count XXIII – Unjust Enrichment**

Specific applicable state common law and statutory law:____________

______________________________________________________________

☐ **Count XXIV – Wrongful Death**

Specific applicable state common law and statutory law:____________

______________________________________________________________

☐ **Count XXV – Survival Action**

Specific applicable state common law and statutory law:____________

______________________________________________________________

☐ **Count XXVI – Loss of Consortium**

Specific applicable state common law and statutory law:____________

______________________________________________________________

☐ **Count XXVII – Punitive Damages Allegations**

Specific applicable state common law and statutory law:____________

______________________________________________________________

31. In addition to the above, Plaintiff(s) assert the following additional causes of action under the indicated applicable state law:

______________________________________________________________

______________________________________________________________

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff(s) pray(s) for relief and judgment against Defendants as follows:

1. For compensatory damages;
2. Exemplary or punitive damages;
3. Pre-and post-judgment interest (if applicable);
4. Statutory damages and relief under applicable state laws;
5. Costs and expenses of this litigation;
6. Reasonable attorneys' fees and costs as provided by applicable law;
7. Injunctive and Declaratory relief as applicable under state law; and
8. All other relief as the Court deems necessary, just, and proper.

## JURY DEMAND

Pursuant to Fed. R. Civ. P. 38(b), Plaintiff(s) hereby demand(s) a trial by jury as to all claims so triable.

Dated: ______ Respectfully submitted,

[INSERT COUNSEL]

By: ________________________________